UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0237--CV (RRB)
"PATRICK L. SHORTY V MOA ET AL"

Including terminated parties, excluding terminated counsel

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 10/05/05
Closed: NO

Jurisdiction: (3) Federal Question (US Govt not a Party)
PLF Diversity:
DEF Diversity:

Nature of Suit: (440) Other Civil Rights
42:1983
Origin: (2) Removed from State Court
Demand:
Filing fee: Paid $250.00 on 10/05/05 receipt # 00126717
Trial by:

Parties of Record:                                Counsel of Record:

PLF 1.1          SHORTY, PATRICK L                Patrick L. Shorty
                                                  Pro Per
                                                  c/o 425 G. Street, Suite 600
                                                  Anchorage, AK 99501
                                                  907-277-7171
                                                  FAX 907-277-0281

DEF 1.1          ANCHORAGE, MUNICIPALITY OF       Elizabeth D. Friedman
                                                  Municipality of Anchorage
                                                  POB 196650
                                                  Anchorage, AK 99519
                                                  907-343-4545
                                                  FAX 907-343-4550

DEF 2.1          COTTLE, ANDREW                   Elizabeth D. Friedman
                                                  (see above)

DEF 3.1          WITTE, OFFICER                   Elizabeth D. Friedman
                                                  (see above)

DEF 4.1          MCCOY, KENNETH D.                Elizabeth D. Friedman
                                                  (see above)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0237--CV (RRB)
"PATRICK L. SHORTY V MOA ET AL"

For all filing dates
```

```
     Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:
        Referral Rule:
                Filed: 10/05/05
               Closed: NO

          Jurisdiction: (3) Federal Question (US Govt not a Party)
         PLF Diversity:
         DEF Diversity:

        Nature of Suit: (440) Other Civil Rights
                        42:1983
                Origin: (2) Removed from State Court
                Demand:
            Filing fee: Paid $250.00 on 10/05/05 receipt # 00126717
              Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/05/05 | DEF 1-4 Notice of Removal from Superior Court case no. 3AN-05-9968CI. |
| 2 - 1 | 10/05/05 | DEF 1-4 Notice to adverse parties of filing of notice or removal w/exh. |
| 3 - 1 | 10/05/05 | DEF 1-4 Attorney Appearance of E.Friedman. |
| 4 - 1 | 10/05/05 | DEF 1-4 Notice of filing and designation of state court record w/att exhs. |
| 5 - 1 | 10/05/05 | DEF 1-4 Service List. |
| 6 - 1 | 10/07/05 | RRB Minute Order to Petitioners Subsequent to Removal.  Petitioners to file w/crt w/i 10 days cy of state crt docs and svc list. cc: cnsl |
| 7 - 1 | 10/11/05 | DEF 1-4 Answer to Complaint. |
| 8 - 1 | 10/11/05 | DEF 1-4 Notice of compliance w/MO dated 10/7/05. |
| 9 - 1 | 10/12/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 10 - 1 | 10/13/05 | JWS Order plf must file all documents including the case number, parties names and the proper title as stated.  He must serve defense counsel will all pleadings and included a certificate of service as stated. Plf must follow LR 10.1(b).  No party shall have ex parte communiction. Plf must keep the court informed of any change of address.  The clerk shall send plf a copy of form PS12 and a pro se handbook.  cc: P. Shorty w/Form PS12 & pro se handbook, pslc |
| 11 - 1 | 10/13/05 | PLF 1 Service List. |
| 12 - 1 | 10/13/05 | PLF 1 Notice of filing w/att exhs. |
| 13 - 1 | 10/20/05 | PLF 1 motion for ext of time to oppose defs' removal of plf's case. |
| 14 - 1 | 10/24/05 | RRB Order granting motion for ext of time to oppose defs' removal of plf's case (13-1).  Plf has until 12/5/05 to file an oppo to defs' removal from supereior court.    cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0237--CV (RRB)
"PATRICK L. SHORTY V MOA ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 11/07/05 | DEF 1-4 Notice regarding meeting of parties. |
| 15 - 2 | 11/15/05 | RRB Order granting defs request for this court to re-set deadlines re meeting of the parties once any proceedings re removal have been resolved.  cc: cnsl |