UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0237--CV (RRB)
"PATRICK L. SHORTY V MOA ET AL"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 10/05/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights
                   42:1983
           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 10/05/05 receipt # 00126717
         Trial by:
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | SHORTY, PATRICK L | Patrick L. Shorty<br>Pro Per<br>c/o 425 G. Street, Suite 600<br>Anchorage, AK 99501<br>907-277-7171<br>FAX 907-277-0281 |
| DEF 1.1 | ANCHORAGE, MUNICIPALITY OF | Elizabeth D. Friedman<br>Municipality of Anchorage<br>POB 196650<br>Anchorage, AK 99519<br>907-343-4545<br>FAX 907-343-4550 |
| DEF 2.1 | COTTLE, ANDREW | Elizabeth D. Friedman<br>(see above) |
| DEF 3.1 | WITTE, OFFICER | Elizabeth D. Friedman<br>(see above) |
| DEF 4.1 | MCCOY, KENNETH D. | Elizabeth D. Friedman<br>(see above) |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0237--CV (RRB)
                           "PATRICK L. SHORTY V MOA ET AL"

                              For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 10/05/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (440) Other Civil Rights
                     42:1983
             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $250.00 on 10/05/05 receipt # 00126717
           Trial by:
```

```
 Document #   Filed     Docket text
 ----------   -----     -----------
      1 -  1  10/05/05  DEF 1-4 Notice of Removal from Superior Court case no. 3AN-05-9968CI.

      2 -  1  10/05/05  DEF 1-4 Notice to adverse parties of filing of notice or removal w/exh.

      3 -  1  10/05/05  DEF 1-4 Attorney Appearance of E.Friedman.

      4 -  1  10/05/05  DEF 1-4 Notice of filing and designation of state court record w/att
                        exhs.

      5 -  1  10/05/05  DEF 1-4 Service List.

      6 -  1  10/07/05  RRB Minute Order to Petitioners Subsequent to Removal.  Petitioners to
                        file w/crt w/i 10 days cy of state crt docs and svc list. cc: cnsl

      7 -  1  10/11/05  DEF 1-4 Answer to Complaint.

      8 -  1  10/11/05  DEF 1-4 Notice of compliance w/MO dated 10/7/05.

      9 -  1  10/12/05  RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

     10 -  1  10/13/05  JWS Order plf must file all documents including the case number, parties
                        names and the proper title as stated.  He must serve defense counsel
                        will all pleadings and included a certificate of service as stated. Plf
                        must follow LR 10.1(b).  No party shall have ex parte communiction. Plf
                        must keep the court informed of any change of address.  The clerk shall
                        send plf a copy of form PS12 and a pro se handbook.  cc: P. Shorty
                        w/Form PS12 & pro se handbook, pslc

     11 -  1  10/13/05  PLF 1 Service List.

     12 -  1  10/13/05  PLF 1 Notice of filing w/att exhs.

     13 -  1  10/20/05  PLF 1 motion for ext of time to oppose defs' removal of plf's case.

     14 -  1  10/24/05  RRB Order granting motion for ext of time to oppose defs' removal of
                        plf's case (13-1).  Plf has until 12/5/05 to file an oppo to defs'
                        removal from supereior court.    cc: cnsl
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0237--CV (RRB)
                       "PATRICK L. SHORTY V MOA ET AL"

                             For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 11/07/05 | DEF 1-4 Notice regarding meeting of parties. |
| 15 - 2 | 11/15/05 | RRB Order granting defs request for this court to re-set deadlines re meeting of the parties once any proceedings re removal have been resolved.  cc: cnsl |