Patrick Shorty, Pro Se
c/o 425 G.Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Message
907-277-0281 Facsimile

**FILED**

DEC 0 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ___ PD ___ Deput

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY, ) | |
| Plaintiff, ) | |
| vs. ) | |
| MUNICIPALITY OF ANCHORAGE, ) Officer Andrew Cottle, ) Officer Witte, ) Officer Kenneth D. McCoy, ) | Case No.: A05-0237 CV (RRB) |
| Defendant. ) | |

**ORDER**

Based upon the Motion for Extension of Time filed by Plaintiff, Pro Se,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Plaintiff has until 1/13/06 ,2006 to file an Opposition to Defendants' removal of 3AN-05-9968 CI. from State Superior Court.

DATED at Anchorage, Alaska, this 30 day of November 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

A05-0237--CV (RRB)
------------------------

E. FRIEDMAN   (MUNI)

P. SHORTY


PD 12-6-05

A05-0237--CV (RRB)
------------------------
E. FRIEDMAN (MUNI)
P. SHORTY

17