Elizabeth D. Friedman, Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
*e-mail*: friedmaned@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Andrew Cottle
Gregory Witte
Kenneth McCoy

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 3: 05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. A05-237 CV (RRB) |
| MUNICIPALITY OF ANCHORAGE, OFFICER ANDREW COTTLE, INDIVIDUALLY AND IN HIS CAPACITY AS AN ANCHORAGE POLICE OFFICER, OFFICER WITTE, INDIVIDUALLY AND IN HIS CAPACITY AS AN ANCHORAGE POLICE OFFICER, KENNETH D. MCCOY, INDIVIDUALLY AND IN HIS CAPACITY AS AN ANCHORAGE POLICE OFFICER | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' LIMITED OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME

Defendants, Municipality of Anchorage, Officer Andrew Cottle, Officer Gregory Witte and Officer Kenneth D. McCoy, hereby oppose plaintiff's second Motion for Extension of Time for the following reasons.

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Plaintiff has requested a second extension of time to contest removal of this matter from state court. Plaintiff has not given any indication for the basis for his opposition or any timeframe when he will obtain counsel to pursue this matter. The Defendants are unaware of any legal reason why this matter would not fall within the jurisdiction of the federal courts. Therefore, the Defendants request this court to either deny further motions for extension of time or, in the alternative, to grant only a short extension of time so that this matter can be resolved expeditiously.

DATED this 6th day of December, 2005.

FREDERICK H. BONESS
MUNICIPAL ATTORNEY

*[signature]*

Elizabeth D. Friedman
Assistant Municipal Attorney
Alaska Bar No. 9306027

Certificate of Service

I hereby certify that I mailed by first class U.S. mail
a true and correct copy of Defendants' Limited Opposition to
Extension of time on the 6 day of December 2005 to:

    Patrick L. Shorty,
    c/o 425 G St. Ste 600,
    Anchorage, Alaska 99501

*[signature]* Retah Hicks
Retah Hicks

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

*Defendants' Opposition to Extension of Time*
*Page 2 of 2*