Patrick Shorty, Pro Se
C/O 425 G street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Message
907-277-0281 Facsimile

RECEIVED
FEB 1 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK L. SHORTY, )
)
        Plaintiff, )
)
vs. )
)
MUNICIPALITY OF ANCHORAGE, )
Officer Andrew Cottle, )
Officer Witte, )
Officer Kenneth D. McCoy, )  Case No.: A05-0237 CV (RRB)
)
        Defendants. )
)

MOTION FOR EXTENSION OF TIME

    Plaintiff, Patrick Shorty, Pro Se, moves this court for an extension of time to oppose defendant's removal of plaintiff's case, 3AN-05-9968 CI. from State Superior Court in Anchorage, AK. Plaintiff is Pro Se and incerated. Plaintiff has contacted some attorney's and a attorney is now interested in my case and legal investigation is taking place to decide for a representation. Plaintiff requests for an additional 45 days to respond to this issue.

    DATED at Anchorage, Alaska, this 08 day of February 2006.

                                      /s/ Patrick L. Shorty
                                      Patrick L. Shorty, Pro Se

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on the 08 day of February 2006, a true and correct copy of the Notice of filing was faxed/mailed/hand delivered to the following: MOA By: PLS