Patrick Shorty, Pro Se
C/O 425 G Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Message
907-277-0281 Facsimile

RECEIVED
FEB 1 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MUNICIPALITY OF ANCHORAGE, Officer Andrew Cottle, Officer Witte, Officer Kenneth D. McCoy, | ) Case No.: A05-0237 CV ~~(RRB)~~ TMB |
| Defendants. | ) |

## ORDER

Based upon the Motion for Extension of time filed by Plaintiff, Patrick Shorty, Pro Se,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Plaintiff has until _____,2006 to file an Opposition to Defendants removal of 3AN-05-9968 CI. from State Superior Court.

DATED at Anchorage, Alaska, this ___ day of ~~January~~ *February* 2006.

_____
**UNITED STATES DISTRICT COURT JUDGE**