Elizabeth D. Friedman, Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
*e-mail*: friedmaned@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Andrew Cottle
Gregory Witte
Kenneth McCoy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUNICIPALITY OF ANCHORAGE, OFFICER )<br>ANDREW COTTLE, INDIVIDUALLY AND IN )<br>HIS CAPACITYAS AN ANCHORAGE POLICE )<br>OFFICER, OFFICER WITTE, INDIVIDUALLY )<br>AND IN HIS CAPACITY AS AN ANCHORAGE )<br>POLICE OFFICER, KENNETH D. MCCOY, )<br>INDIVIDUALLY AND IN HIS CAPACITY AS )<br>AN ANCHORAGE POLICE OFFICER )<br>)<br>Defendants. )<br>_____) | Case No. 3:05-cv-00237-TMB |

### DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendants, Municipality of Anchorage, Officer Andrew Cottle, Officer Gregory Witte and Officer Kenneth D. McCoy, hereby non-oppose Plaintiff's Motion for Extension of Time.

DATED this 27th day of February, 2006.

FREDERICK H. BONESS
MUNICIPAL ATTORNEY

/s/ Elizabeth D. Friedman
Elizabeth D. Friedman,
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, Alaska 99519-6650
*e-mail*: uslit@muni.org
Telephone (907) 343-4545
Facsimile (907) 343-4550
Alaska Bar No. 9306027

**Certificate of Service**

The undersigned certifies that on the 27th day of February, 2006
I mailed by first class U.S. mail
a true and correct copy of Defendants' Non-Opposition to
Extension of Time to:

> Patrick L. Shorty,
> c/o 425 G St. Ste 600,
> Anchorage, Alaska 99501

/s/ Retah Hicks
Retah Hicks, Legal Secretary
Municipal Attorney's Office

*Defendants' Non-Opposition to Extension of Time*
*Page 2 of 2*