IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

_____
)
PATRICK L. SHORTY,                          )          CASE NO. 3:05-CV-237 TMB
)
       Plaintiff,                                   )          ORDER
)
v.                                                           )
)
MUNICIPALITY OF                              )
ANCHORAGE, et. al,                            )
)
       Defendant.                              )
_____)

      Plaintiff has requested, and has been granted, two previous extensions of time to oppose the removal of this case from State Superior Court.  On December 6, 2005,  Plaintiff was granted until January 13, 2006, to file an opposition to removal of this matter. Docket 17.  On February 13, 2006, the court received Plaintiff's third Motion for Extension of time, requesting 45 additional days to respond to this issue and indicating that Plaintiff is attempting to find counsel to assist him.  Docket 20.   Defendants do not oppose another extension of time.  Docket 21.  In light of Plaintiff's *pro se* status, and the fact that he is incarcerated, an extension of time until **April 3, 2006**, is GRANTED.    However, Plaintiff is advised that further extensions of time will not be viewed by this court in a favorable light.

      Dated this the 13th day of March, 2006.

                                                     /s/ Timothy Burgess
                                                     Timothy M. Burgess
                                                     District Court Judge