Patrick Shorty, Pro Se
C/o 425 G Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Message
907-277-0281 Facsimile

RECEIVED

APR 0 5 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK L. SHORTY, )
 )
 Plaintiff, )
 )
vs, )
 )
MUNICIPALITY OF ANCHORAGE, )
Officer Andrew Cottle, )
Officer Witte, )
Officer Kenneth D. McCoy, ) Case No.: A05-0237 CV (RRB)
 )
 Defendants. )

MOTION FOR EXTENSION OF TIME

Plaintiff, Patrick Shorty, Pro Se, moves this court for an extension of time to oppose defendant's removal of plaintiff's case, 3AN-05-9968 CI, from State Superior Court in Anchorage, AK. Plaintiff is Pro Se and incarcerated. Plaintiff has contacted Law Offices of Darryl L. Jones, 109 W. 6th Ave., Suite 200, Anchorage, AK 99501, 907-278-1212. Attorney's investigator is needing time to review the available materials in the files. Attorney's worker Donna said to file this motion for extension of time. Plaintiff respectfully ask this court for a final motion for extension of time, of 45 days to respond to this issue.

DATED at Anchorage, Alaska, this 3rd day of April 2006.

*Patrick J. Shorty*
Patrick L. Shorty, Pro Se

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of April 2006, a true and correct hand written copy of the Notice of Filing was Faxed/Mailed/hand delivered to the following: MOA By: PLS