Patrick Shorty, Pro Se
C/o 425 G Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Message
907-277-0281 Facsimile

RECEIVED
APR 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK L. SHORTY, )
            Plaintiff, )
                       )
vs.                    )
                       )
MUNICIPALITY OF ANCHORAGE, )
Officer Andrew Cottle, )
Officer Witte,         )
Officer Kenneth D. McCoy, )   Case No.: A05-0237 CV (RRB)
                       )
            Defendants. )

## ORDER

Based upon the Motion for Extension of time filed by Plaintiff, Patrick Shorty, Pro Se,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff has until _____, 2006 to file an Opposition to Defendants removal of 3AN-05-9968 CI. From State Superior Court.

DATED at Anchorage, Alaska, this ____ day of April 2006.

_____
UNITED STATES DISTRICT COURT JUDGE