Elizabeth D. Friedman, Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
*e-mail*:  friedmaned@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Andrew Cottle
Gregory Witte
Kenneth McCoy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUNICIPALITY OF ANCHORAGE, OFFICER )<br>ANDREW COTTLE, INDIVIDUALLY AND IN )<br>HIS CAPACITYAS AN ANCHORAGE POLICE )<br>OFFICER, OFFICER WITTE, INDIVIDUALLY )<br>AND IN HIS CAPACITY AS AN ANCHORAGE )<br>POLICE OFFICER, KENNETH D. MCCOY, )<br>INDIVIDUALLY AND IN HIS CAPACITY AS )<br>AN ANCHORAGE POLICE OFFICER )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:05-cv-00237-TMB |

**<u>DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
FOR EXTENSION OF TIME</u>**

Pursuant to this court's order dated March 14, 2006, the Defendants, Municipality of Anchorage, Officer Andrew Cottle, Officer Gregory Witte and Officer Kenneth D. McCoy, request that the Plaintiff's Motion for Extension of Time to Oppose Removal of

this Action to Federal Court be denied. The Defendants further move this court to enter a revised scheduling order for this matter.

DATED this 6th day of April, 2006.

                                        FREDERICK H. BONESS
                                        MUNICIPAL ATTORNEY

                                        /s/ Elizabeth D. Friedman
                                        Elizabeth D. Friedman,
                                        Assistant Municipal Attorney
                                        P.O. Box 196650
                                        Anchorage, Alaska 99519-6650
                                        *e-mail*: uslit@muni.org
                                        Telephone (907) 343-4545
                                        Facsimile (907) 343-4550
                                        Alaska Bar No. 9306027

**Certificate of Service**

The undersigned certifies that on the 6th day of February, 2006
I mailed by first class U.S. mail
a true and correct copy of Defendants' Opposition to
Extension of Time to:

        Patrick L. Shorty,
        c/o 425 G St. Ste 600,
        Anchorage, Alaska  99501

/s/ Retah Hicks
Retah Hicks, Legal Secretary
Municipal Attorney's Office