IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

_____
)
PATRICK L. SHORTY,            )    CASE NO. 3:05-CV-237 TMB
                              )
    Plaintiff,                )    ORDER
                              )
v.                            )
                              )
MUNICIPALITY OF               )
ANCHORAGE, et. al,            )
                              )
    Defendant.                )
_____)

    Plaintiff has requested, and has been granted, three previous extensions of time to oppose the removal of this case from State Superior Court. On October 24, 2005, an extension was granted until December 5, 2005. Docket 14. On December 6, 2005, Plaintiff was granted until January 13, 2006. Docket 17. On February 13, 2006, the court received Plaintiff's third Motion for Extension of time, requesting 45 additional days to respond to this issue and indicating that Plaintiff is attempting to find counsel to assist him. Docket 20. In light of Plaintiff's *pro se* status, and the fact that he is incarcerated, an extension of time was granted until April 3, 2006. Docket 22. However, Plaintiff was advised that further extensions of time would not be viewed by this court in a favorable light.

    Plaintiff again moves for an extension of time, seeking an additional 45 days to oppose Defendant's removal of this case. In the interests of proceeding on the merits, the Motion for Extension of Time at Docket 23 is DENIED.

    The clerk is directed to issue this Court's Initial Case Status Report/ Case Scheduling & Planning minute order, and the parties are expected to comply pursuant to the deadlines set in

that Order.

      Dated this the 7th day of April, 2006.

                                                  /s/ Timothy Burgess
                                                  Timothy M. Burgess
                                                  District Court Judge