USDCA 40 (1/89)

**RECEIVED**
APR 2 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

PATRICK L. SHORTY, )
　　　　　　　Plaintiff, )
)  APPLICATION FOR APPOINTMENT
)  OF COUNSEL
vs. )
MUNICIPALITY OF ANCHORAGE )
Officer Andrew Cottle, )
Officer Witte )  Case No. 3:05-cv-00237 (TMB)
Officer Kenneth D. McCoy, )
　　　　　　　Defendants. )

1. Name of applicant (print neatly): Patrick Leo Shorty
   Anchorage Correctional Complex West
   Address: 1300 E 4th Avenue
   　　　　　Anchorage, Alaska 99501

   Phone Number: 907-269-0900

2. Explain what your cause of action is against the opposing party.
   (Use additional paper if necessary.) Causes of action are listed on additional paper. And listed in the complaint on pages 4, 5, 6 and 7.

3. Explain why you feel you need a lawyer in this case.
   (Use additional paper if necessary.) Plaintiff, Patrick L. Shorty, Pro Se is under-educated and the case is so factually and legally complex that plaintiff need a lawyer to articulate claims. Also the Pro Se handbook informs me that appearing in a lawsuit without a lawyer is generally unwise and can be very risky on page 4 of III. Representing yourself without a lawyer.

4. Explain what steps you have taken to find an attorney and with what results.
   (Use additional paper if necessary.) Plaintiff has contacted numerous attorneys and attorneys are not interested because of conflict of interest that represented previous Anchorage Police Department officers. Futhermore, I am not financially able to retain a attorney on own.

5. If you need a lawyer who speaks a language other than English, please specify.

Continued to next page

Page II

Please read the following carefully:

I declare under the penalties of perjury that my answers to the foregoing questions are true and correct to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns either from me or elsewhere that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my Financial Affidavit are false, my case can be dismissed.

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Rules Governing Procedures for Appointment of Attorneys in Pro Se Civil Actions in the U.S. District Court. I understand that if the attorney appointed to my case should wish to be relieved of the appointment at any time, his or her Application for Relief will be a privileged Court document and will not be used in the litigation of this case.

I understand that making the application does not excuse me in a Social Security case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

I understand that if the Court appoints counsel to represent me in a Social Security Case, and I am successful, the assigned attorney has the statutory right to request that the Court award a fee of up to 25% of accrued Social Security or Supplemental Security Income benefits.

April 19, 2006  
Date

Patrick J. Shorty  
Signature

Application for Appointment of Counsel