Patrick Shorty, Pro Se
C/O 4125 G Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Message
907-277-0281 Facsimile

RECEIVED
MAY 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK L. SHORTY, )
  )
        Plaintiff, )
  )
VS. )
  )
MUNICIPALTTY OF ANCHORAGE, )
Officer Andrew Cottle, )
Officer Witte, )
Officer Kenneth D. McCoy, )    Case No.: 3:05-cv-00237-TMB
  )
        Defendants. )

MOTION FOR EXTENSION OF TIME

Plaintiff, Patrick Shorty, Pro Se, Moves this court for an extension of time to comply with the PROCEEDINGS; MINUTE ORDER FROM CHAMBERS, CASE NO. 3:05-cv-00237-TMB. Plaintiff is an undereducated Yupik Eskimo and desperately needs help in this matter of position to the SCHEDULING AND PLANNING CONFERENCE REPORT. Plaintiff APPLICATION FOR APPOINTMENT OF COUNSEL was filed April 19, 2006 to request a lawyer in this case 3:05-cv-00237-TMB. Plaintiff request for an additional 45 days to respond to this issue.

DATED at Anchorage, Alaska, this 27th day of April 2006.

*Patrick L. Shorty*
Patrick L. Shorty, Pro Se

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of April 2006, a true and correct copy of the Notice of filing was faxed/mailed/hand delivered to the following: MOA By: PLS