Patrick Shorty, Pro Se
C/O 425 G Street, Suite 600
Anchorage, Alaska 99501
907·277·7171 Message
907·277·0281 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK L. SHORTY, )
)
    Plaintiff, )
)
vs. )
)
MUNICIPALITY OF ANCHORAGE, )
Officer Andrew Cottle, )
Officer Witte, )
Officer Kenneth D. McCoy, )   Case No.: 3:05-cv-00237-TMB
)
    Defendants. )

ORDER

Based upon the Motion for Extension of time filed by Plaintiff Patrick Shorty, Pro Se,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff has until _____, 2006 to comply with the PROCEEDINGS: MINUTE ORDER FROM CHAMBERS, Case 3:05-cv-00237-TMB, SCHEDULING AND PLANNING CONFERENCE REPORT.

DATED at Anchorage, Alaska, this 27th day of April 2006.

_____
UNITED STATES DISTRICT COURT JUDGE