Patrick Shorty
C/o 425 G Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Message
907-277-0281 Facsimile

RECEIVED

MAY 2 2 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK L. SHORTY,         )
                           )
         Plaintiff,        )
                           )
VS. -                      )
                           )
MUNICIPALITY OF ANCHORAGE, )
Officer Andrew Cottle,     )
Officer Witte,             )
Officer Kenneth D. McCoy,  )    Case No.: 3:05-cv-00237-TMB
                           )
         Defendants.       )
                           )

MOTION FOR APPOINTMENT OF COUNSEL

I, Patrick Leo Shorty, proceeding without a lawyer, moves this court to appoint Patrick L. Shorty a counsel. April 19, 2006, I filed for Application of Counsel. It is now May 17, 2006 and I do not know how to file the status Report. I ask the United States District Court for the District of Alaska to assign me a counsel.

DATED at Anchorage, Alaska, this 17th day of May 2006.

Patrick Shorty
Patrick Shorty

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on the 17th day of May 2006, a true and correct copy of the Notice of Filing was faxed/Mailed/hand delivered to the following: MOA By: PLS