Patrick Shorty
c/o 425 G Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Message
907-277-0281 Facsimile

RECEIVED

MAY 2 2 2006

CLERK, U.S. ...
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK L. SHORTY,

    Plaintiff,

vs.

MUNICIPALITY OF ANCHORAGE,
Officer Andrew Cottle,
Officer Witte,
Officer Kenneth D. McCoy,

    Defendants,

Case No.: 3:05-cv-00237-TMB

## ORDER

Based upon the Motion for Appointment of Counsel filed by Plaintiff, Patrick Shorty,

IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED at Anchorage, Alaska, this ____ day of May 2006.

_____
UNITED STATES DISTRICT COURT JUDGE