Elizabeth D. Friedman, Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
*e-mail*:  friedmaned@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Andrew Cottle
Gregory Witte
Kenneth McCoy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY )<br>)<br>            Plaintiff, )<br>)<br>    vs. )<br>)<br>MUNICIPALITY OF ANCHORAGE, OFFICER )<br>ANDREW COTTLE, INDIVIDUALLY AND IN )<br>HIS CAPACITYAS AN ANCHORAGE POLICE )<br>OFFICER, OFFICER WITTE, INDIVIDUALLY )<br>AND IN HIS CAPACITY AS AN ANCHORAGE )<br>POLICE OFFICER, KENNETH D. MCCOY, )<br>INDIVIDUALLY AND IN HIS CAPACITY AS )<br>AN ANCHORAGE POLICE OFFICER )<br>)<br>            Defendants. )<br>_____) | Case No. 3:05-cv-00237-TMB |

**DEFENDANTS' RESPONSE TO THE COURT'S
ORDER REGARDING STATUS REPORT**

    Pursuant to this court's order for a status report, undersigned counsel, on behalf of the

Defendants, Municipality of Anchorage, Officer Andrew Cottle, Officer Gregory Witte

and Officer Kenneth D. McCoy, reiterate their earlier pleading dated May 2, 2006, that

they have attempted to comply with the order to meet and confer. Plaintiff Shorty has been non-responsive to attempts to communicate for purposes of scheduling. The Municipality and the Defendant Officers have attempted to comply with the scheduling requirements of this court and filed proposed scheduling order responses on May 2, 2006.

The Defendants move this court to enter a scheduling order in accordance with D.Ak. LR 16.1(c) and FRCP 16(b) and 26(f). Alternatively, if this court so orders, the Defendants will complete the LCF 26 (f) form providing the Defendants' position.

DATED this 23rd day of May, 2006.

FREDERICK H. BONESS
MUNICIPAL ATTORNEY

/s/ Elizabeth D. Friedman
Elizabeth D. Friedman,
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, Alaska 99519-6650
*e-mail*: uslit@muni.org
Telephone (907) 343-4545
Facsimile (907) 343-4550
Alaska Bar No. 9306027

**Certificate of Service**

The undersigned certifies that on the 23rd day of May, 2006
I mailed by first class U.S. mail a true and correct copy
of the foregoing to:

> Patrick L. Shorty,
> c/o 425 G St. Ste 600,
> Anchorage, Alaska  99501

/s/ Retah Hicks
Retah Hicks, Legal Secretary
Municipal Attorney's Office

*Shorty v. MOA et. al. 3:05-cv-00237-TMB*
*Defendants' Response to Status Request*
*Page 2 of 2*