Patrick Shorty, Pro Se
C/O 425 G Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Message
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
JUN 1 6 2006
CLERK, U.S. DIS.... COURT
ANCHORAGE, ALASKA

PATRICK L. SHORTY,                )
                                  )
            Plaintiff,            )
                                  )
vs.                               )
                                  )
MUNICIPALITY OF ANCHORAGE,        )
Officer Andrew Cottle,            )
Officer Witte,                    )
Officer Kenneth D. McCoy,         )   Case No.: 3:05-cv-00237-TMB
                                  )
            Defendants.           )
_____)

MOTION FOR STAY
PENDING RESOLUTION OF CRIMINAL PROCEEDINGS

   Plaintiff, Patrick Shorty, Moves this court for RELIEF AVAILABLE; APPLICATIONS FOR STAY. I am currently incarcerated in Anchorage Correctional Complex West and pending to reach a trial hearing in case, 3AN-S03-7796 Cr. This criminal case is in full connection to the complaint filing in case, 3AN-05-9968 CI., 3:05-cv-00237-TMB.

   DATED at Anchorage, Alaska, this 14 day of June 2006.

                                   _____
                                   Patrick L. Shorty, Pro Se

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on the 14 day of June 2006, a true and correct copy of the Notice of filing was delivered by mail to the following: MOA By: PLS