Patrick Shorty, Pro Se
C/O 425 G Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Message
907-277-0281 Facsimile

RECEIVED
JUN 1 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MUNICIPALITY OF ANCHORAGE, Officer Andrew Cottle, Officer Witte, Officer Kenneth D. McCoy, | ) Case No.: 3:05-cv-00237-TMB |
| Defendants. | ) |

ORDER

Based upon the MOTION FOR STAY PENDING RESOLUTION OF CRIMINAL PROCEEDINGS filed by, Plaintiff, Patrick Shorty, Pro Se.

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff needs the court attention to my pleadings.

DATED at Anchorage, Alaska, this ___ day of June 2006.

_____
UNITED STATES DISTRICT COURT JUDGE