IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| PATRICK L. SHORTY, | ) | CASE NO. 3:05-CV-237 TMB |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| MUNICIPALITY OF ANCHORAGE, et. al, | ) | |
| Defendant. | ) | |

Plaintiff has filed a Motion for a Stay of this matter pending the resolution of criminal proceedings in state court. Docket 37. Defendants oppose the motion. Docket 38. There being no apparent reason to stay this matter, Plaintiff's Motion at Docket 37 is DENIED.

Dated this the 25th day of July, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
District Court Judge