Patrick L. Shorty, Pro Se
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 message
907-277-0281 Facsimile

**RECEIVED**

NOV 0 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

PATRICK L. SHORTY,                    )
                                      )
                Plaintiff,            )
                                      )
    vs.                               )
                                      )    Case No. 3:05-cv-00237-TMB
MUNICIPALITY OF ANCHORAGE,            )
Officer Andrew Cottle,                )
Officer Witte,                        )
Officer Kenneth O. McCoy,             )
                Defendants,           )
_____ )

### PLAINTIFF RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The Plaintiff, Patrick L. Shorty, Pro Se has received the Defendants, Municipality of Anchorage, Officer Andrew Cottle, Officer Gregory Witte and Officer Kenneth O. McCoy request for an extension of time. The Plaintiff does not oppose the Defendants request,

The Plaintiff, Patrick L. Shorty, Pro Se is scheduled for trial in Anchorage Superior Court on November 13, 2006 in Case Number 3AN-503-7796CR, which are

related. Plaintiff, Patrick L. Shorty, Pro se has also filed a motion for stay and waiting for Department of Corrections to make copies since last week. Plaintiff is currently incarcerated and is limited to use typewriter, computer and Department of Corrections officer operates copy machines.

DATED this 4 day of November 2006.

Patrick L. Shorty

Patrick L. Shorty, Pro Se

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4 day of November 2006, a true and correct copy of the Notice of filing was faxed/ mailed/ hand delivered to the following: MOA   By: P.L.S.