Patrick L. Shorty, Pro Se
425 G Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Message
907-277-0281 Facsimile

RECEIVED
NOV 0 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK L. SHORTY
    Plaintiff,

vs.

MUNICIPALITY OF ANCHORAGE,
Officer Andrew Cottle,
Officer Witte,
Officer Kenneth D. McCoy,
    Defendants.

Case No.: 3:05-cv-00237-TMB

## ORDER

Based upon the REQUEST FOR RECONSIDERATION OF MOTION TO STAY PENDING RESOLUTION OF CRIMINAL PROCEEDINGS filed by Plaintiff, Patrick L. Shorty, Pro Se.

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff provides reason to stay this matter, where the civil and criminal actions involve the same subject matter.

DATED at Anchorage, Alaska, this ____ day of November 2006.

UNITED STATES DISTRICT COURT JUDGE