IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK L. SHORTY, | ) | CASE NO. 3:05-CV-237 TMB |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| MUNICIPALITY OF ANCHORAGE, et. al, | ) | |
| Defendant. | ) | |

Plaintiff filed a Motion for a Stay of this matter pending the resolution of criminal proceedings in state court. Docket 37. The Court denied the motion on July 25, 2006. Docket 39. Plaintiff now moves for reconsideration of the Court's order. Docket 45.

Pursuant to Local Rule 59.1, Motions for Reconsideration should be filed within five days of the Court's order, unless there has been an intervening change in controlling law. Plaintiff has filed his Motion nearly three months after the issuance of the Order at Docket 39. Accordingly, the Motion at Docket 45 is DENIED as untimely.

Dated this the 13th day of November, 2006.

s/ Timothy Burgess
Timothy M. Burgess
District Court Judge