Elizabeth D. Friedman, Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
*e-mail*:  friedmaned@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Andrew Cottle
Gregory Witte
Kenneth McCoy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY                                      )<br>                                                                    )<br>            Plaintiff,                                          )<br>                                                                    )<br>   vs.                                                           )<br>                                                                    )<br>MUNICIPALITY OF ANCHORAGE, OFFICER  )<br>ANDREW COTTLE, INDIVIDUALLY AND IN  )<br>HIS CAPACITYAS AN ANCHORAGE POLICE )<br>OFFICER, OFFICER WITTE, INDIVIDUALLY   )<br>AND IN HIS CAPACITY AS AN ANCHORAGE )<br>POLICE OFFICER, KENNETH D. MCCOY,       )<br>INDIVIDUALLY AND IN HIS CAPACITY AS    )<br>AN ANCHORAGE POLICE OFFICER                )<br>                                                                    )<br>            Defendants.                                     )<br>_____ ) | Case No. 3:05-cv-00237-TMB |

**<u>PROPOSED ORDER</u>**
**<u>GRANTING DEFENDANTS' MOTION ON SHORTENED TIME TO</u>**
**<u>ALLOW FILING OF PHYSICAL EXHIBITS (CD AND TAPE) IN SUPPORT OF</u>**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

This court having considered Defendants' (Municipality of Anchorage, Officer

Andrew Cottle, Officer Gregory Witte and Officer Kenneth D. McCoy) Motion to allow

*Shorty v. Municipality of Anchorage et. al, 3:05-cv-00237-TMB*
*Proposed Order on Filing Physical Exhibits in Support of Summary Judgment*
*Page 1 of 2*

filing a CD ROM (Exhibit 6) and a Videotape (Exhibit 8) in support of its motion for summary judgment, rules as follows:

Exhibits 6 and 8 may be filed physically with this court.

DATED this _____ day of December, 2006.

_____
Honorable Timothy M. Burgess
Judge of the U.S. District Court for the District of Alaska

The undersigned hereby certifies that on 12/19/06 a true and correct copy of the *Defendants' Proposed Order Granting Motion on Shortened Time to Accept Filing of Physical Exhibits in Support of Motion for Summary Judgment* was served on:

Patrick L. Shorty,
c/o 425 G St. Ste 600,
Anchorage, Alaska  99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.
 s/ Cathi Russell_____
Cathi Russell, Legal Secretary
Municipal Attorney's Office

*Shorty v. Municipality of Anchorage et. al, 3:05-cv-00237-TMB*
*Proposed Order on Filing Physical Exhibits in Support of Summary Judgment*
*Page 2 of 2*