IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| PATRICK L. SHORTY,       ) | CASE NO. 3:05-CV-237 TMB |
|                         ) |  |
|       Plaintiff,        ) | ORDER |
|                         ) |  |
| v.                       ) |  |
|                         ) |  |
| MUNICIPALITY OF           ) |  |
| ANCHORAGE, et. al,        ) |  |
|                         ) |  |
|       Defendant.         ) |  |

The motion requesting consideration on shortened time, (Docket 47) is GRANTED. This Court, having considered Defendants' (Municipality of Anchorage, Officer Andrew Cottle, Officer Gregory Witte and Officer Kenneth D. McCoy) Motion to allow filing a CD ROM (Exhibit 6) and a Videotape (Exhibit 8) in support of its motion for summary judgment, hereby orders that Exhibits 6 and 8 may be filed physically with this court.

Dated this the 19th day of December, 2006.

s/ Timothy Burgess
Timothy M. Burgess
District Court Judge