Elizabeth D. Friedman, Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
*e-mail*:  friedmaned@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Andrew Cottle
Gregory Witte
Kenneth McCoy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK L. SHORTY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:05-cv-00237-TMB |
| MUNICIPALITY OF ANCHORAGE, OFFICER | ) | |
| ANDREW COTTLE, INDIVIDUALLY AND IN | ) | |
| HIS CAPACITYAS AN ANCHORAGE POLICE | ) | |
| OFFICER, OFFICER WITTE, INDIVIDUALLY | ) | |
| AND IN HIS CAPACITY AS AN ANCHORAGE | ) | |
| POLICE OFFICER, KENNETH D. MCCOY, | ) | |
| INDIVIDUALLY AND IN HIS CAPACITY AS | ) | |
| AN ANCHORAGE POLICE OFFICER | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF CONVENTIONAL FILING PURSUANT TO COURT ORDER OF PHYSICAL EXHIBITS (CD AND TAPE) IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Come now the Defendants, Municipality of Anchorage, Officer Andrew Cottle,

Officer Gregory Witte and Officer Kenneth D. McCoy ("Municipal Defendants"), by and

*Shorty v. Municipality of Anchorage et. al, 3:05-cv-00237-TMB*
*Defendants' Notice of Conventional Filing of Physical Exhibits in Support of Summary Judgment*
*Page 1 of 2*

through counsel, the Anchorage Municipal Attorney, and file Notice with the court that

pursuant to court order at **Docket 48** the following Exhibits in support of the Motion for

Summary Judgment will be filed conventionally:   Exhibit 6 (a CD) and Exhibit 8 (a

videotape).

DATED this 20th day of December, 2006.

JAMES N. REEVES
MUNICIPAL ATTORNEY


/s/ Elizabeth D. Friedman
Elizabeth D. Friedman,
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, Alaska 99519-6650
*e-mail*:  uslit@muni.org
Telephone (907) 343-4545
Facsimile (907) 343-4550
Alaska Bar No. 9306027

The undersigned hereby certifies that on 12/20/06 a
true and correct copy of the *Defendants' Notice of
Conventional Filing of Physical Exhibits in Support of
Motion for Summary Judgment*
was served on:

    Patrick L. Shorty,
    c/o 425 G St. Ste 600,
    Anchorage, Alaska  99501

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.
 s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

*Shorty v. Municipality of Anchorage et. al, 3:05-cv-00237-TMB*
*Defendants' Notice of Conventional Filing of Physical Exhibits in Support of Summary Judgment*
*Page 2 of 2*