## TABLE OF CONTENTS

**Exhibit 1**    Excerpts from Transcript of Suppression Hearing in 3AN-03-7796 CR

**Exhibit 2**    Affidavit of Detective Kenneth McCoy

**Exhibit 3**    Criminal Information in 3AN-03-7796 CR

**Exhibit 4**    Verdict in 3AN-03-7796 CR

**Exhibit 5**    Dec. 12, 2006 Hearing Log Notes in 3AN-03-7796 CR

**Exhibit 6**    CD of Dec. 12, 2006 Hearing in 3AN-03-7796 CR

**Exhibit 7**    Affidavit of Elizabeth D. Friedman

**Exhibit 8**    Police Interrogation Videotape of Patrick Shorty in 3AN-03-7796 CR

**Exhibit 9**    Police Interrogation Transcript of Patrick Shorty in 3AN-03-7796 CR