IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,                    )
                                    )
        Plaintiff,                  )
                                    )
    vs.                             )            FILED IN OPEN COURT
                                    )            12-5-06 ᴧ
PATRICK LEO SHORTY,                 )
                                    )
        Defendant.                  )
_____ )
Case No. 3AN-S03-7796 Cr.

## VERDICT II

            We, the jury, find the defendant, Patrick Leo Shorty,

Guilty _X_ Not Guilty _____ of Sexual Assault in the First Degree as charged

in Count II of the Indictment.

            DATED at Anchorage, Alaska, this _5_ day of December, 2006.


                                    _Martin M. Rogers_
                                    Foreperson of the Jury

If your verdict is guilty, do not fill out verdict form IIA. If you have found the defendant
"not guilty," then you must proceed to consider whether the defendant is guilty of the
lesser included offense of assault in the fourth degree and fill out verdict form IIA.

Exhibit 4
Pg 1 of 5

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,                )
                                )
          Plaintiff,            )
                                )
     vs.                        )
                                )
PATRICK LEO SHORTY,             )
                                )
          Defendant.            )
_____  )

Case No. 3AN-S03-7796 Cr.


## VERDICT IIA (Assault in the Fourth Degree)

We, the jury, having found the defendant, Patrick Leo Shorty,

Not Guilty of Sexual Assault in the First Degree as charged in Count II of the Indictment,

find the defendant _____ Guilty _____ Not Guilty of the lesser included offense of Assault

in the Fourth Degree.

DATED at Anchorage, Alaska, this _____ day of December, 2006.


                                        _____
                                        Foreperson of the Jury

Exhibit 4
Pg 2 of 5

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,          )
                          )
        Plaintiff,        )
                          )
    vs.                   )
                          )
PATRICK LEO SHORTY,       )
                          )
        Defendant.        )
_____)

FILED IN OPEN COURT
12-5-06

Case No. 3AN-S03-7796 Cr.

## VERDICT III

We, the jury, find the defendant, Patrick Leo Shorty,

Guilty __X__ Not Guilty _____ of Resisting or Interfering with Arrest as charged

in Count III of the Information Adding Misdemeanor Counts to Indictment.

DATED at Anchorage, Alaska, this __5__ day of December, 2006.

_____
Foreperson of the Jury

Exhibit 4
Pg 3 of 5

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,                    )
                                    )
          Plaintiff,                )
                                    )
     vs.                            )          FILED IN OPEN COURT
                                    )          12-5-06
PATRICK LEO SHORTY,                 )
                                    )
          Defendant.                )
_____ )

Case No. 3AN-S03-7796 Cr.


## VERDICT IV


          We, the jury, find the defendant, Patrick Leo Shorty,

Guilty ___X___ Not Guilty _____ of Assault in the Fourth Degree as charged in

Count IV of the Information Adding Misdemeanor Counts to Indictment.

          DATED at Anchorage, Alaska, this ___5___ day of December, 2006.




                              _____
                              Foreperson of the Jury


Exhibit 4
Pg 4 of 5

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,                    )
                                    )
          Plaintiff,                )
                                    )
     vs.                            )          FILED IN THE COURT
                                    )          12-5-06
PATRICK LEO SHORTY,                 )
                                    )
          Defendant.                )
_____)

Case No. 3AN-S03-7796 Cr.

## VERDICT V

We, the jury, find the defendant, Patrick Leo Shorty,

Guilty __X__ Not Guilty _____ of Providing False Information to a Peace Officer

as charged in Count V of the Information Adding Misdemeanor Counts to Indictment.

DATED at Anchorage, Alaska, this __5__ day of December, 2006.


_____
Foreperson of the Jury

Exhibit 4
Pg 5 of 5