Dummy Page for Exhibit 6

CD to be filed conventionally

---

**Shorty v MOA**
**3:05 – cv – 00237-TMB**

CD of 12/12/06 Hearing in
3AN-03-7796 CR

COPY

Exhibit 6

*DISK POCKET/MAILER*
**Handle With Care**
*FIRST CLASS MAIL*

_____