IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MUNICIPALITY OF ANCHORAGE, OFFICER ) <br> ANDREW COTTLE, INDIVIDUALLY AND IN ) <br> HIS CAPACITYAS AN ANCHORAGE POLICE ) <br> OFFICER, OFFICER WITTE, INDIVIDUALLY ) <br> AND IN HIS CAPACITY AS AN ANCHORAGE ) <br> POLICE OFFICER, KENNETH D. MCCOY, ) <br> INDIVIDUALLY AND IN HIS CAPACITY AS ) <br> AN ANCHORAGE POLICE OFFICER ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:05-cv-00237-TMB |

## AFFIDAVIT OF ELIZABETH D. FRIEDMAN IN SUPPORT OF MUNICIPAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

STATE OF ALASKA            )
                           ) ss
THIRD JUDICIAL DISTRICT    )

Elizabeth D. Friedman being duly sworn on oath, hereby deposes and states:

1. I am an attorney licensed to practice in the State of Alaska and admitted to practice before the Ninth Circuit. I am employed an Assistant Municipal Attorney for the Civil Division of the Municipality of Anchorage.

2. I obtained discovery of the Plaintiff's medical records from Cook Inlet Pretrial Facility where the Plaintiff has been housed since his arrest on July 26, 2003. I have also

*Shorty v. Municipality of Anchorage et. al, 3:05-cv-00237-TMB*
*Affidavit of Ken McCoy in Support of Defendants' Motion for Summary Judgment*
*Page 1 of 2*

Exhibit 7
Pg 1 of 2

obtained medical records from the Plaintiff's medical providers from the period before his arrest.

3. I reviewed the Plaintiff's medical records from Cook Inlet Pretrial Facility. These records indicate that the Plaintiff did not request or receive any medical treatment following his arrest. The records indicate that he has received routine medical services during his incarceration but none which appear related in any way to trauma or physical injury.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Elizabeth D. Friedman_

SUBSCRIBED and SWORN TO before me this 19th day of December 2006.

Notary Public in and for Alaska
My Commission Expires: 1/13/07

*Shorty v. Municipality of Anchorage et. al, 3:05-cv-00237-TMB*
*Affidavit of Ken McCoy in Support of Defendants' Motion for Summary Judgment*
*Page 2 of 2*

Exhibit 7
Pg 2 of 2