Dummy Page for Exhibit 8

Video to be filed conventionally

