# Anchorage Police Department



Service Since 1921

Case Number: 03-36257

**Type Crime:**
SEXUAL ASSAULT

**Statement:**
PATRICK SHORTY, SUSPECT

DATE: JULY 26, 2003
TIME: 1820 HOURS
LOCATION: APD HEADQUARTERS

Q – DETECTIVE MCCOY
A – PATRICK SHORTY

Q. This is DETECTIVE MCCOY, it's the 26th of July, 2003. The time now is 1820. This is reference case number 36257, 03-36257 with a cross reference case of 03-39839. I'm con...currently conducting an interview with PATRICK LEO SHORTY reference this case. Um PATRICK, um like I explained to ya, I...I'm...I'm a detective here at the Anchorage Police Department and uh I'm gonna talk to you about what's going on and see if we can get some of this cleared up and figure out the best course of action. Um, but before we do that I do have to advise you of your rights. Um, you're currently in custody, um you're at the Anchorage Police station um, so under those circumstances I am gonna advise you of your rights and then we'll go from there, okay? So first of all, you have the right to remain silent. Do you understand that right?
A. Yes.
Q. Okay, anything you say can and will be used against you in a court of law. Do you understand that?
A. Yes.
Q. Okay. You have the right to talk to a lawyer and have him present before and during any questioning. Do you understand that?
A. Yes.
Q. If you cannot afford to hire a lawyer, one will be appointed to represent you free of charge before and during any questioning if you wish. Do you understand that?
A. Yes.
Q. And you can decide at any time to exercise these rights and not answer any questions or make any statements. Do you understand that?
A. Yes.

MCCOY    1282    7-26-03    Holliday/1252    07/30/03   1

Exhibit 9
Pg 1 of 17

# Anchorage Police Department

Case Number: 03-36257

Service Since 1921

**Type Crime:**
SEXUAL ASSAULT

**Statement:**
PATRICK SHORTY, SUSPECT

Q. Okay. And having your rights in mind today, do you wish to talk to me about what's going on?
A. About?
Q. I have a...I have a lot of things I need to talk to you about. Um do you wish to talk to me to help...I mean clear...
A. ____ cooperate.
Q. ...some of this up?
A. I can cooperate.
Q. Okay, I...I appreciate that. Um I...I guess first of all, do you even know why you're here today?
A. I was on the run.
Q. What...why were you on the run?
A. Cuz uh the person I was with...he committed a stupid crime and I...
Q. Um hum.
A. ...didn't wanna be involved so I ran away.
Q. Um hum, who...who's the person you were with?
A. Somebody MARTIN (phonetic).
Q. S...MARTIN? Do you know his first name?
A. No, not...I know him by MARTIN.
Q. Okay.
A. Somebody MARTIN.
Q. How many people were you with?
A. There was three of us.
Q. Three? Who's the other person?
A. Um somebody from another Kuskokwim village.
Q. Um hum, what's his name?
A. Don't really think I remember.
Q. Okay. So you were with these other two people? When...when are we talking about, what day?
A. I don't even remember the day.
Q. A month ago, few weeks ago?
A. A few weeks ago.
Q. Okay, so a few weeks ago. Why don't you explain to me what happened?
A. We were walking from transit...

MCCOY    1282    7-26-03    Holliday/1252    07/30/03    2

Exhibit 9
Pg 2 of 17

# Anchorage Police Department

Case Number: 03-36257

Service Since 1921

**Type Crime:**
SEXUAL ASSAULT

**Statement:**
PATRICK SHORTY, SUSPECT

Q. Um hum.
A. And _____ said, hey look, check her out. I didn't mind you know, I just kept on walking...
Q. Um hum.
A. ____ up there, she's ____.
Q. What, a girl or...
A. Yeah she was laying there.
Q. Where at?
A. By...tran...on transit center ___ on the other side.
Q. Okay, so what...what happened?
A. He went up there and ____ I looked ____ think nothing much ya know...
Q. Um hum.
A. He woke her up and ____ done ya know, look, stick her.
Q. So MARTIN woke her up? And wh...what happened after he woke her up?
A. He was walking her down with us...
Q. Um hum.
A. I was gonna go liquor store on Carrs...
Q. Oh oh, Carrs 14th and Gambell, to the liquor store?
A. ____
Q. Okay and she walked with you guys?
A. Yeah.
Q. Um hum, what...what happened?
A. And uh, kind a convinced me...and I knew what we were doing was wrong, we was already intoxicated and I just...oh man, I can't do this stupid shit, so I took off.
Q. Right.
A. I didn't...them other two I left them. I didn't wanna get involved you know.
Q. Um hum.
A. I...I knew it was wrong.
Q. Well...
A. When I...when I realized in my senses...
Q. Yeah, well...

MCCOY    1282    7-26-03    Holliday/1252    07/30/03    3

Exhibit 9
Pg 3 of 17

# Anchorage Police Department

Case Number: 03-36257

Service Since 1921

**Type Crime:**
SEXUAL ASSAULT

**Statement:**
PATRICK SHORTY, SUSPECT

A. So...
Q. ...what happened?
A. I turned around, I looked, he was still on top of her and so fuck this stupid shit, I took off.
Q. Who was on top of her?
A. MR. MARTIN.
Q. MARTIN was on top of her?
A. Yeah.
Q. And so you took off?
A. That's when I came to my senses, I took off.
Q. Okay.
A. Next thing I know, I went downtown and I heard police are looking for me.
Q. Um hum. So, wh...
A. So I stayed...
Q. ...how did the girl get on...how did the girl get on the ground?
A. I don't remember.
Q. Um hum. So MARTIN was on top a her? Well wha...
A. Yeah that's when I turned around and looked...
Q. Um hum.
A. ___
Q. Wha...what did MARTIN um do?
A. I guess he was having sex with her.
Q. Did you see MARTIN having sex with her?
A. Yeah, that's when I took off. I said this is stupid shit.
Q. Um hum. Okay, did MARTIN hit the girl at all?
A. I don't remember.
Q. Um hum, how 'bout the other guy? Did the other guy have sex?
A. I don't even know.
Q. Um 'kay. When you...when you took off, um...
A. I just took off.
Q. Um hum, well were the police around when you took off? Do you know?
A. No, not that I know of.
Q. Um hum.

MCCOY    1282    7-26-03    Holliday/1252    07/30/03    4

Exhibit 9
Pg 4 of 17

# Anchorage Police Department

Case Number: 03-36257

Service Since 1921

**Type Crime:**
SEXUAL ASSAULT

**Statement:**
PATRICK SHORTY, SUSPECT

A. I just went straight to Carrs.
Q. Okay.
A. Like I was going to. I was already intoxicated when I took off.
Q. Yeah and so then you heard the police were looking for ya?
A. Yeah, when I went back downtown.
Q. Um hum, so what...what did you do?
A. I stayed away from downtown.
Q. Um hum, so where did ya stay?
A. I worked here and there, day labor.
Q. Um hum.
A. Um, just uh buy a room.
Q. Um hum, okay.
A. _____ money I make.
Q. Um hum. You know a guy named, um THOMAS LEICHTY?
A. Yeah, that's him, I call him MARTIN.
Q. Okay so you call THOMAS LEICHTY, MARTIN?
A. THOMAS MARTIN, I call him THOMAS.
Q. Oh is his middle name MARTIN? It...
A. Last name's...I think it's his mom or dad's last name.
Q. Okay, so THOMAS LEICHTY is the person...
A. Yeah.
Q. ...you call MARTIN? Okay. You know VINCENT?
A. VINCENT?
Q. Um hum.
A. Um, that one village?
Q. Um...
A. He was staying at um...um Days Inn right?
Q. Yeah.
A. Yeah.
Q. Is VINCENT the other person with you?
A. Yeah.
Q. What's uh VINCENT'S last name?
A. I don't even know.
Q. Okay but he's...he's the guy at the Days Inn?
A. Yeah he was.

MCCOY   1282   7-26-03   Holliday/1252   07/30/03   5

Exhibit 9
Pg 5 of 17



**Anchorage Police Department**

Case Number: 03-36257

Service Since 1921

**Type Crime:**
SEXUAL ASSAULT

**Statement:**
PATRICK SHORTY, SUSPECT

Q. Um hum. What room?
A. Um, I think it was room seventeen. I'm not too sure, couldn't remember.
Q. Okay. So you were with THOMAS LEICHTY, MARTIN...
A. Yeah.
Q. ...and um, VINCENT...
A. Yeah.
Q. ...on that day? And did they um in question that I'm talking about is July 8th, 2003, this year. Does that sound about right?
A. It sounds about right.
Q. Okay. So you guys meet this girl and you walk with her.
A. I didn't meet her THOMAS LEICHTY did. He's just the one...
Q. Um hum.
A. ...that picked her up.
Q. Um hum. Um I...I saw the girl at the hospital and she had a black eye and she was beat up pretty bad. Um, somebody hit her. Do you have any idea who...who was hitting on her?
A. Nope.
Q. Well I'm gonna be honest with you um, THOMAS told me you...you were the one hitting her. Is that true?
A. I don't think so.
Q. Um hum. I...I showed um the girl some pictures (background noise) and um we seem to believe you're the person that was hitting her. Is that...could that be possible? I know you were drinking a lot and sometimes when people drink that they may not be thinking properly and they may do things that are out a character for themselves. Is that something that you could've done because of your level...
A. I don't think so.
Q. ...of intoxication? How much did you have to drink that day? You remember?
A. I think we drinked a couple...a fifth and a half between two or three of us.
Q. Okay. Were you pretty intoxicated?
A. I was high.

MCCOY    1282    7-26-03    Holliday/1252    07/30/03    6

Exhibit 9
Pg 6 of 17

## Anchorage Police Department

Case Number: 03-36257

Service Since 1921

**Type Crime:**
**SEXUAL ASSAULT**

**Statement:**
**PATRICK SHORTY, SUSPECT**

Q. Um hum. Did you do any drugs that day?
A. No.
Q. No marijuana, nothin'? Okay. On a scale of one to ten, how...with ten being passed out drunk and one being sober how intox...
A. I'd say about seven.
Q. You were about a seven? Okay. And so you guys are walking and MARTIN...
A. _____
Q. ...THOMAS LEICHTY pushed her down?
A. No THOMAS LEICHTY uh picked her up.
Q. He picked her up?
A. ___
Q. How did she end up on the ground? Eh...
A. I dunno, we were walking at that time, it just kind a hit me.
Q. Um hum. Where...where were guys at when this happened? W...
A. All I remember is walking away from that one field...
Q. Um hum a field...
A. ...and...
Q. Is it kind a where some new houses are being built?
A. Yeah.
Q. Behind the church there?
A. Yeah.
Q. Is that...
A. I remember walking up the hill and I just...
Q. Okay.
A. ...fuck this shit man, I'm gonna ___ this ___ around.
Q. Um hum. Was the girl saying anything when um, he was having sex with her?
A. I don't know, I just took off.
Q. Um hum. Did...was she screaming or yelling or fighting or anything?
A. I don't remember.
Q. Um hum, okay.
A. Jus'...I just didn't wanna be around it.

MCCOY   1282   7-26-03   Holliday/1252   07/30/03   7

Exhibit 9
Pg 7 of 17

# Anchorage Police Department

Service Since 1921

Case Number: 03-36257

**Type Crime:**
SEXUAL ASSAULT

**Statement:**
PATRICK SHORTY, SUSPECT

Q. Yeah. Did um...someone overheard um somebody make some comments to the girl um, some racist type comments. Did you hear anything mentioned like that?
A. No.
Q. Okay. You...you didn't hear anyone say this is what the white men do to the native girls? Did you hear anything like that?
A. Not that I remember.
Q. Um, do...could you have said that?
A. I don't remember.
Q. Um hum. The...the girl is telling us that you said that. Is that true?
A. Not that I remember.
Q. Um hum and THOMAS is saying you said that also. MARTIN THOMAS he...
A. All I remember is when I seen he's on top a her I said fuck this shit, I took off.
Q. Um hum. Okay. Um that day after we found her, like I told you, she went over to the hospital and what she was doing at the hospital is she underwent what's called a, a forensic examination by um our sexual assault unit nurse and what the nurse does is she collects um, samples of um hair, fibers, um she takes swabs from the girl's vagina, from her private parts to collect evidence, uh DNA type evidence such as sperm or um any other body fluids such as saliva or anything like that. And the nurse collected sperm from inside the girl's vagina and I sent that evidence, that sperm, to the state crime lab with a rush attachment to it for them to put it with the top priority to analyze it, to find out whose sperm and whose DNA was found inside of her. For any reason in the world, do you think that DNA is yours?
A. I don't remember.
Q. You don't remember? Is it possible it could be yours?
A. I don't remember.
Q. Um hum. Did you have sex with her also?
A. I don't remember.
Q. You don't remember? Is it...is it possible thought?

MCCOY   1282   7-26-03   Holliday/1252   07/30/03   8

Exhibit 9
Pg 8 of 17

# Anchorage Police Department

Case Number: 03-36257

*Service Since 1921*

**Type Crime:**
SEXUAL ASSAULT

**Statement:**
PATRICK SHORTY, SUSPECT

A. I really don't remember.
Q. Um hum. Does...what you do remember is seeing THOMAS LEICHTY, the person you refer to as MARTIN, on top of her having sex?
A. Yeah, that's when I took off.
Q. Okay. And you didn't make that comment to her?
A. I don't remember.
Q. Okay. Well, let me tell you what I believe happened and I've talked to the girl, I've talked to THOMAS. They told us that you met the girl down there at the bus center. Like you said, there was all three of you, you, THOMAS LEICHTY, and VINCENT. You guys met the girl and talked with her for a little bit and you guys all went walking. You went walking from the transit center all the way up to um, that field in the area of fourteenth, fifteenth and Cordova, behind the church, in front of the new construction, homes being build there. What I'm being told is when you guys got to that field, you pushed her down and jumped on top of her and when you jumped on top of her you started punching her in the face, over and over and over, until she thought she was gonna be knocked unconscious. And while you were punching her in the face, they're telling me you told her that this is what the white men do to the native girls and at that point you pulled her pants down. You took your pants down and you...you put your penis inside of her and you started having sex with her and she said you ejaculated, you came inside of her, and that's gonna be your sperm at the state crime lab. And after you were done your friend THOMAS LEICHTY, who you call MARTIN, got down on top of her and he started having sex with her and you were telling her to shut up and to be quiet while this was going on. And VINCENT was watching on along waiting to see if the cops were gonna come and by some stroke of luck a police car drove by and VINCENT saw it and said, hey, there's the cops. And at that point you guys started running, but THOMAS got caught. The officer caught THOMAS, did you know that?
A. No.

| MCCOY | 1282 | 7-26-03 | Holliday/1252 | 07/30/03  9 |

Exhibit 9
Pg 9 of 17



**Anchorage Police Department**

**Case Number: 03-36257**

Service Since 1921

**Type Crime:**
**SEXUAL ASSAULT**

**Statement:**
**PATRICK SHORTY, SUSPECT**

Q. THOMAS got caught and THOMAS was sitting here right where you are right now and we talked to him, and THOMAS was man enough to admit his mistakes and what happened and he told us the truth. He didn't run, he didn't try to hide, he...he...he told us the truth about what occurred. He was man enough, he took responsibility and I can respect that. So after he told us what happened, the girl went to the hospital. We collected all the evidence and turns out everything matches what THOMAS said. It...ya know, I talked to the girl myself. So I believe you wanna tell me the truth and you've...you've told me enough about the incident, but I don't think you're taking full responsibility for your actions yet.

A. I blacked out..

Q. Did you black out?

A. Yeah, I blacked out.

Q. Okay. Well I've seen that happen. I've...I've talked to people who've blacked out before and they've done things they wouldn't have normally do (sic). Um ya know, a person ya know, could have a normal life, never get in any trouble and maybe they drank a little too much alcohol or...or smoked a little bit of weed or something and then they black out and do things that um they normally wouldn't do. I...I've heard of that happening and I've talked to people who told that that's w...happened and ya know, by all means they were sorry for what they've done. Ya know, if they hadn't a been drinking or doing whatever, maybe they wouldn't have done those types of things and I...I'm trying to figure out is that the type of situation that I have here now. Are you...are you a cold hearted person that would go out and do something like this...

A. No, no.

Q. ...to a girl or could the alcohol have, ya know, had a effect on you and you did something like this and you regret it? You...you wish it never had happened. You wish you had never taken that drink and you've done something you regret, but you're man enough to say hey I made a mistake. Ya know, I...I didn't mean to do this uh girl, but things got outta control. Is...is that the type of situation I have

MCCOY   1282   7-26-03        Holliday/1252        07/30/03   10

Exhibit 9
Pg 10 of 17



# Anchorage Police Department

Case Number: 03-36257

Service Since 1921

**Type Crime:**  
SEXUAL ASSAULT

**Statement:**  
PATRICK SHORTY, SUSPECT

Q. here right now or do I have the type of person that's a danger to the society...
A. No ___.
Q. ...that's out looking ta hurt people for no reason?
A. I wasn't hurting people when I...when I...when they were looking for me.
Q. Right, I'm...but I'm talking about on July 8th. I'm trying to figure out what happened that day, because you seem like a nice guy. I'm sitting here talking to you, I...you seem like a nice guy to me and I need to try to figure out what would cause a guy like you to do something like that because it doesn't seem like it's in your nature, and I...I know what happened, there's n...there's no doubt what happened and ya know, when I get the final results from the um lab, ya know, there's not gonna be any questions. But what I need to know now is why. How did this happen?
A. I don't...all I remember was, like I told you, when we were walking by transit we were already drinking straight shots.
Q. Um hum.
A. And I c...I remember THOMAS said, hey look, check her out, she's laying on the bench ___.
Q. Um hum.
A. _____
Q. Um hum.
A. I wasn't even worried about no...no people on the bench, nothin'.
Q. Okay.
A. I just wanted to go to the liquor store and go have a few drinks and...
Q. Um hum.
A. ...just sit down, relax and crash out.
Q. Right. Well what did THOMAS wanna do?
A. Um I dunno, just...I'm not he had (sic) in mind, but he's the one that picked her up.
Q. Um hum.
A. She was going...
Q. Did...did you know what he wanted to do with her?

MCCOY   1282   7-26-03   Holliday/1252   07/30/03   11

Exhibit 9  
Pg 11 of 17

## Anchorage Police Department

Case Number: 03-36257

**Type Crime:**
SEXUAL ASSAULT

Statement:
PATRICK SHORTY, SUSPECT

A. Not...not really.
Q. Um hum, okay.
A. I'm pretty sure he probably instigated the whole __ thing from the get go.
Q. Um hum, so...
A. Cuz I didn't...I didn't...had no intention of picking up no woman...
Q. Um hum.
A. ...while we were going over to the liquor store.
Q. Yeah, but one thing led to another and you guys ended up at that field.
A. That's when I blacked out, when we were walking.
Q. Okay so you blacked out?
A. ___
Q. What...at what point did you blacked out?
A. When we were not too far from the transit center.
Q. Oh, after you start walking away with here?
A. (Coughing)  Yeah, ouch, my arm.
Q. Um, okay so, you blacked out.  Do you black out often when you drink?
A. No, I just...
Q. Um hum, so...
A. I hadn't ate that whole...
Q. ...so...
A. ...day.
Q. So...so when you black out, um are you able to still like walk and talk and function?
A. I don't know I...
Q. Um, well...
A. ___
Q. ...if...if you blacked out shortly after you left the transit center and you ended up all the way near, ya know, 15th and Cordova, you were able to still walk when you were blacked out.  Is...
A. Yeah.
Q. ...do you just like forget...
A. I remember I made it to the liquor store.

MCCOY      1282      7-26-03      Holliday/1252      07/30/03   12
                                                           Exhibit 9
                                                           Pg 12 of 17

**Anchorage Police Department**

Service Since 1921

Case Number: 03-36257

**Type Crime:**
**SEXUAL ASSAULT**

**Statement:**
**PATRICK SHORTY, SUSPECT**

Q. Um hum. Okay, you remember going to the liquor store?
A. Yeah I...I made it over...
Q. Did...did you buy any liquor or?
A. Yeah.
Q. Um hum.
A. I bought uh half rack of uh of uh Natural Ice.
Q. Okay and this was when the girl was with you guys?
A. No.
Q. Oh, when was that?
A. That's when I left them.
Q. Oh when you left, okay.
A. Yeah.
Q. Okay and that...so was that the next thing you remember? Uh you said you blacked out when you left the transit center and what's the next thing you remember after you blacked out?
A. I was uh not too far from Carrs.
Q. Um hum and you remember coming to at that point?
A. Yeah, I...
Q. And...
A. ...was drinking beer.
Q. So...
A. Sitting down.
Q. But you were...you told me you saw THOMAS on top of the girl having sex.
A. Yeah that's when I looked this, fuck that and I took off.
Q. Um 'kay, all right.
A. You know some people when they drink they have in and out black outs, in and out.
Q. Uh huh, is that what you're suffering from?
A. Yeah, uh I had that.
Q. Okay, in and out, um...
A. In and out black outs.
Q. ...episodes of black outs?
A. Yeah.

MCCOY    1282    7-26-03        Holliday/1252        07/30/03    13

Exhibit 9
Pg 13 of 17



**Anchorage Police Department**

Service Since 1921

Case Number: 03-36257

**Type Crime:**
SEXUAL ASSAULT

**Statement:**
PATRICK SHORTY, SUSPECT

Q. I've heard of that and I've talked to people who've told me about that. So, what happened today? Y...you look like you've been in a scuffle.
A. Well these officers they're trying to get a name. I gave them the wrong name.
Q. You gave them a wrong name?
A. Yeah.
Q. What...what name...
A. And they're like...
Q. ...did you tell 'em?
A. I was gonna...I was gonna leave and I was just getting ready to run and...
Q. Yeah.
A. Next thing I know I got hit on the ground...
Q. Um hum.
A. ...with my side...
Q. Uh huh.
A. ...head on first with rocks.
Q. Um hum.
A. Then I...I don't remember shitting my pants, they must a really hurt me really hard.
Q. Um hum.
A. Last thing I remember was somebody's knees jus' hitting my head really hard on the...on the...
Q. Why did you tell the off...why didn't you tell 'em your real name?
A. I dunno.
Q. Um hum.
A. Kind a scared...
Q. You were kind a scared?
A. Yeah.
Q. And so then you decided to try ta run from 'em?
A. Yeah.
Q. Why...
A. ...___ just trying ta ___ this to me and first time I shit my pants like this.

MCCOY    1282    7-26-03    Holliday/1252    07/30/03    14

Exhibit 9
Pg 14 of 17

## Anchorage Police Department

Case Number: 03-36257

Service Since 1921

**Type Crime:**
SEXUAL ASSAULT

**Statement:**
PATRICK SHORTY, SUSPECT

Q. Um, probably wasn't a good idea huh?
A. Ta...
Q. Ta try ta run and fight with the officers?
A. No, it wasn't.
Q. ____ that's probably not a good choice. Okay.
A. No it's not.
Q. Back to July 8th, if...if there's anything you could do differently on that date, would you?
A. Yes I would.
Q. What would you do differently?
A. Not drink that day.
Q. Um hum, okay. Um well what...what I intend to do is um, I'm gonna go down and see a judge and I'm gonna apply for what's called a search warrant, and the search warrant will be ta get a sample of your DNA. And when I get a sample of your DNA, if the judge gives me that order, I'm gonna send that to the lab and I'm gonna compare that to what I have at the lab. And like I said I...after talking with everyone I'm pretty sure I know what the results are gonna say. It's gonna say that you had sex with her that day. Um like I said THOMAS took responsibility and told me what his actions were and...and so forth. Um are...are you telling me you...you blacked out and you just don't remember?
A. Yeah I had my black out. But I remember walking from...from right across from 515, that yard where we usually sit down.
Q. Um hum.
A. Well up towards transit we walked around and we were just walkin' and THOMAS s...said, hey look...
Q. Well what's this...
A. They wanted...she was laying on the bench...
Q. Um hum.
A. ...like this.
Q. Do you know her name?
A. I don't even know her name?
Q. Um what...what's she look like? What race is...
A. She...she was a white woman.

MCCOY 1282   7-26-03   Holliday/1252   07/30/03   15

Exhibit 9
Pg 15 of 17



# Anchorage Police Department

Case Number: 03-36257

Service Since 1921

**Type Crime:**
SEXUAL ASSAULT

**Statement:**
PATRICK SHORTY, SUSPECT

Q. Okay did...old, young?
A. Young.
Q. About how old was she?
A. I don't know.
Q. Wh...what's your best guess?
A. Maybe twenty, twenty-one...
Q. Okay.
A. ...twenty-two maybe.
Q. All right and do you remember any one thing about the way she looked or...
A. (Sighing)
Q. ...about her hair or anything?
A. Well she was kind a like a bl...not blondish but sandy hair or something like that.
Q. Um hum, okay, did it...any of you guys take her backpack by chance?
A. Not that...I didn't have no backpack.
Q. Well, yeah, did one of your friends take her backpack?
A. Not that I know of. I just took off.
Q. Okay. When you took off did you see a police officer by chance?
A. I didn't see no police officer.
Q. Okay and you were telling me you didn't know THOMAS got caught?
A. No I didn't know until I called home and my mom told me to call...
Q. Yeah I...
A. ...call the police...
Q. Yeah.
A. ...and turn...
Q. Yeah I talked to your mom.
A. ...turn myself in.
Q. Did she...your mom tell you she talked to me?
A. Yeah she told me to turn myself in.
Q. Yeah, that...that probably would've been a good idea. Okay. Is there anything else we need to know about or take in to account when we look at this sit...situation?

MCCOY    1282    7-26-03    Holliday/1252    07/30/03   16

Exhibit 9
Pg 16 of 17



# Anchorage Police Department

Case Number: 03-36257

Service Since 1921

**Type Crime:**
**SEXUAL ASSAULT**

**Statement:**
**PATRICK SHORTY, SUSPECT**

A.   Not that I can remember.
Q.   Um hum, okay, okay. Well that's all I have for right now. Um, I'm gonna go take care of a few things real quick and we'll get with the officer and um, see if we can get you cleaned up a little bit...
A.   Please...
Q.   ...and um, I'm gonna um...
A.   ...I'm tired of smelling this stuff on me.
Q.   Yeah. Okay. The time now is uh 1845 and we'll be going off tape.

**BREAK IN TAPE**
**END OF STATEMENT**

MCCOY     1282     7-26-03     Holliday/1252          07/30/03     17

Exhibit 9
Pg 17 of 17