RECEIVED

DEC 2 9 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Patrick Shorty, Pro Se
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, Alaska 99501

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK L. SHORTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MUNICIPALITY OF ANCHORAGE, | ) | |
| Officer Andrew Cottle, Officer Witte, | ) | |
| Officer Kenneth D. McCoy, | ) | Case No.:    A05-0237 CV (RRB) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

Plaintiff, Patrick Shorty, Pro Se, hereby notifies the Court of his address change from 425 G. Street, Suite 600, Anchorage, Alaska 99501 to **Anchorage Correctional Complex West, 1300 East 4th Avenue, Anchorage, Alaska 99501**.  Any and all future pleadings, correspondence and further documents should be mailed forthwith to Mr. Shorty at this address.

DATED at Anchorage, Alaska, this 27 day of DECEMBER 2006.

s/ Patrick Shorty
Anchorage Correctional Complex West
1300 East 4th Ave.
Anchorage, Alaska 99501

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the 27 day of DECEMBER 2006, a true and correct copy of the Notice of Change of Address was mailed to the following: Municipality of Anchorage By: Patrick Shorty