Elizabeth D. Friedman, Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
*e-mail*:  friedmaned@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Andrew Cottle
Gregory Witte
Kenneth McCoy

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY            ) | |
|                                   ) | |
|                 Plaintiff,       ) | |

PATRICK L. SHORTY            )
                               )
             Plaintiff,       )
                               )
    vs.                     )
                               )    Case No. 3:05-cv-00237-TMB
MUNICIPALITY OF ANCHORAGE, OFFICER )
ANDREW COTTLE, INDIVIDUALLY AND IN )
HIS CAPACITYAS AN ANCHORAGE POLICE )
OFFICER, OFFICER WITTE, INDIVIDUALLY )
AND IN HIS CAPACITY AS AN ANCHORAGE )
POLICE OFFICER, KENNETH D. MCCOY, )
INDIVIDUALLY AND IN HIS CAPACITY AS )
AN ANCHORAGE POLICE OFFICER     )
                               )
             Defendants.     )
_____)

## NOTICE TO THE COURT THAT MOTION AT DOCKET 50 IS RIPE FOR RULING

Come now the Defendants, Municipality of Anchorage, Officer Andrew Cottle,

Officer Gregory Witte and Officer Kenneth D. McCoy ("Municipal Defendants"), by and

through counsel, the Anchorage Municipal Attorney, and file Notice with the court that

*Shorty v. Municipality of Anchorage et. al, 3:05-cv-00237-TMB*
*Defendants' Notice that Motion at Docket 50 Ripe*
*Page 1 of 3*

their Motion for Summary judgment filed at **Docket 50** on December 20, 2006 is ripe for ruling.

On December 20, 2006, the Defendants filed a motion with this court for Summary Judgment.  The Defendants served the Plaintiff Patrick Shorty conventionally. The Plaintiff has had approximately three months to file an Opposition and has failed to file any responsive pleadings.

The Defendants respectfully request this court to consider the summary judgment motion ripe and to issue a ruling on the pleadings.

DATED this  27th day of March, 2007.

JAMES N. REEVES
MUNICIPAL ATTORNEY


/s/ Elizabeth D. Friedman
Elizabeth D. Friedman,
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, Alaska 99519-6650
*e-mail*:  uslit@muni.org
Telephone (907) 343-4545
Facsimile (907) 343-4550
Alaska Bar No. 9306027

*Shorty v. Municipality of Anchorage et. al, 3:05-cv-00237-TMB*
*Defendants' Notice that Motion at Docket 50 Ripe*
*Page 2 of 3*

The undersigned hereby certifies that on 3/27/07 a
true and correct copy of the *Defendants' Notice to
the Court that Motion at Docket 50 is Ripe for Ruling*
was served on:

>Patrick L. Shorty,
>Anchorage Correctional Complex West
>1300 East 4th Avenue
>Anchorage, Alaska  99501

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

 s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

*Shorty v. Municipality of Anchorage et. al, 3:05-cv-00237-TMB*
*Defendants' Notice that Motion at Docket 50 Ripe*
*Page 3 of 3*