Patrick L. Shorty
Name

A C C - West

1300 E 4th Avenue

Anchorage, AK 99501
Address

Telephone

RECEIVED
MAY 03 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Patrick Leo Shorty,

Plaintiff/Petitioner,

vs.

Municipality of Anchorage
Officer Gregory Witte
Officer Andrew Cottle
Officer Kenneth D. McCoy,

Defendant(s)/Respondent(s).

Case No. 3:05-CV-00237-TMB

DECLARATION

I, Patrick L. Shorty, proceeding without counsel, hereby declare, under penalty of perjury, that 1. I request for a postponement to OPPOSE the defendants motion for summary judgment. 2. I still do not under-

PS 13

stand the rules of practice and procedures that govern the conduct of court proceedings are numerous and complex. 3. I have contacted American Civil Liberties Union of Alaska Foundation. 4. I am not qualified to represent myself in this civil litigation. Law Offices of Robert Herz has filed on my behalf to perserve my right for damages in a civil suit against the Municipality of Anchorage and certain police officers. 5. I respectfully need an attorney(s) help to litigate this civil matter for me. 6. I also am appealing the criminal case no. 3AN-S03-7796 CR to the court of appeals, that are related to this civil case no. 3:05-CV-00237-TMB

I have attached true and correct copies of the following documents to this declaration:

1. American Civil Liberties Union of Alaska Foundation letter. 2. Law Offices of Robert Herz letter. 3. Offender Trust Account reimbursement filing fee complaint.

I, _Patrick Leo Shorty_, declare under penalty of perjury, that I have reviewed the above declaration, and that the information contained in this declaration is true and correct.

DATED this _24_ day of _April_, 200_7_, at _Anchorage_, _AK_
(City)

_____
(State)

_Patrick J. Shorty_
Signature

I hereby certify that a copy of the above declaration was mailed by first class, U.S. Mail to _Elizabeth D. Friedman Municipal Attorney's Office_ at _P.O. Box 196650 Anchorage, AK 99519-6650_
(Opposing party or counsel)                                          (Address)

and to the United States District Court for the District of Alaska, at 222 W.7th Avenue, # 4, Anchorage, Alaska 99513 on _4-24-07_.
(Date of mailing or handing to correctional officer)

_C. P. Varona_
Signature

Patrick Shorty # 135738
Anchorage Correctional Complex West
1300 E 4th Avenue
Anchorage, AK 99501

RECEIVED
MAY 03 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK.

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
222 W. 7th Avenue, # 4
Anchorage, Alaska 99513-7564



