*Reimbursed 7-29-2005*

# Law Offices of Robert Herz. P.C.
425 G Street, Suite 600
Anchorage, Alaska 99501
Phone: (907) 277-7171  Fax: (907) 277-0281

July 25, 2005

Patrick Shorty
INMATE
Anchorage Correctional Complex WEST
1300 E. 4th Ave.
Anchorage, Alaska 99501

RE: Complaint

Dear Mr. Shorty,

Enclosed is the original complaint, which you are filing pro se, and which you must sign. Also enclosed is a copy for your records. As a courtesy to you, this office has typed the complaint for you, made copies, will make arrangements for service of process and has delivered the complaint to the court for filing by July 26, 2005. As previously disclosed to you by this office, and using what appears to be the most conservative filing date, you were advised that the complaint should be filed on or before July 26, 2005 in order to preserve your right for damages in a civil suit against the Municipality of Anchorage and certain police officers.

The cost for filing the complaint is $150.00. Since you are filing the complaint pro se you are responsible for the payment of this fee. If you do not have the money for the filing fee at this time, the Law Offices of Robert Herz, P.C. will pay the filing fee and you will be responsible for reimbursement of that cost to this office. If after additional investigation of this case, this office decides to take your case, all costs will be advanced by this office during the course of litigation, and at the end of the case these costs will be reimbursed to the office through whatever money is recovered on your behalf, if the litigation is successful, or by you in the event that no recovery is made.

Sincerely,

Robert Herz
Attorney

I, Patrick L. Shorty, hereby acknowledges responsibility of the filing fee and other costs associated with this litigation and agree to reimburse the Law Offices of Robert Herz, P.C. for the filing fee paid by them on my behalf and any other costs advanced by the Law Offices of Robert Herz, P.C.

Patrick L. Shorty