

April 18, 2007

Mr. Patrick Lee Shorty
Anchorage Correctional Complex
1300 East 4th Avenue
Anchorage, AK 99501

Dear Mr. Shorty:

Thank you for contacting the ACLU of Alaska Foundation. Our legal staff will review your request for assistance. Because our staff and resources are limited, it will be two to four weeks before we can evaluate and respond to your inquiry.

**It is important to understand that you may lose your right to pursue a claim if you do not file a lawsuit or administrative complaint before certain deadlines.** Our office cannot provide you with advice on any such deadlines or on any legal issue until both you and we have signed an agreement setting forth the scope of our legal representation. **Therefore, it is important that you seek advice from a lawyer licensed to practice in the State of Alaska if you have any questions about filing deadlines or about your legal circumstances generally.** You may wish to contact the Alaska Bar Association's Lawyer Referral Service at 272-0352 (1-800-770-9999, outside of Anchorage).

As you may be aware, the ACLU of Alaska Foundation is a non-governmental, non-profit organization that seeks to preserve and extend the constitutional rights and principles found in the Bill of Rights and the Alaska Constitution. Because we are funded solely by voluntary, private contributions, we lack the staff and resources to provide direct representation on most cases where complicated issues of disputed facts must be resolved. We have only four full-time staff members, and most cases we accept must be handled in cooperation with lawyers in private practice who donate their time to us without charge. Therefore, we can offer legal assistance only in a small number of cases each year.

Because we have not yet agreed to represent you, you should continue to take whatever steps are necessary to protect your interests. A member of our legal staff will write to you again in two to four weeks, after we have had time to evaluate your request for assistance. In the meantime, we strongly encourage you to seek other advice and counsel. Please feel free to contact us if you have any questions about this letter or about the status of our evaluation.

Sincerely,

*[signature]*

Intake Coordinator

AMERICAN CIVIL
LIBERTIES UNION OF
ALASKA FOUNDATION
P. O. Box 201844
Anchorage, AK 99520
(907) 276-2258
(907) 258-0288 (fax)
WWW.AKCLU.ORG