STATE OF ALASKA

ROOM # 4-709

DEPARTMENT OF CORRECTIONS

## OFFENDER TRUST ACCOUNT
### REQUEST FOR DISBURSMENT OF FUNDS

I, Patrick Leo Shorty , Obscis # 135738 , hereby request that

One Hundred Fifty Dollars and 00/100 dollars, $ 150 . 00 be disbursed from my

offender account to: Name: Robert Herz   Address: 425 G. Street Suite 600

City: Anchorage   State: AK   Zip: 99501

Reason for request: Law Office of Robert Herz, P.C. reimbursement.

Filing Fee, complaint.

This disbursment is made: one time ☒ / monthly ☐. I understand that this disbursment will be dependent upon sufficient funds in my account.

07-29-2005
DATE

_Patrick J. Shorty_
SIGNATURE

Institution: Acc West   R. Boya   Forwarded, Approved ☒ Returned, Disapproved ☐

Date: _____   Action taken: _____

CASH RECEIVED BY

OFFICER'S SIGNATURE

**RECEIVED**

**AUG 0 3 2005**

Offender Account Control Section Action:

Form 20-302.12D Rev. 5/02    Distribution: White—One Time/ Institution/Monthly/Restitution Unit    Yellow—File    Pink—Prisoner