UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK L. SHORTY    v.    MUNICIPALITY OF ANCHORAGE

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                         CASE NO. 3;05-cv-00237-TMB

Elisa Singleton

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: May 7, 2007

EXTENSION OF TIME

Patrick L. Shorty, representing himself, has moved the Court for an extension of time in which to file his response to the defendants' motion for summary judgment, and the defendants have responded to Mr. Shorty's motion.[1]

Mr. Shorty requests that he be granted an extension of time while he seeks counsel, and he attaches a letter from the ACLU indicating that they are reviewing his case. As the defendants point out, however, Mr. Shorty did not request an extension for any particular period of time, and the ACLU has said that it would take between two and four weeks to determine whether they will take the case.

Therefore, as suggested by the defendants, Mr. Shorty's motion for an extension of time will be granted in part, and he may file his response on or before **May 24, 2007**; in the alternative, any attorney representing him must file an appearance in this case on or before **May 24, 2007.** Otherwise the summary judgment motion will be decided without a response from Mr. Shorty. In addition, the Clerk of Court is directed to send Mr. Shorty another Declaration form, which he may use to present any testimony to rebut the motion for summary judgment.

IT IS SO ORDERED.

---

[1] *See* Docket No. 57, 58.

[305-cv-237 Ext of time.wpd]{IA.WPD*Rev.12/96}