Patrick L. Shorty, Pro Se
Spring Creek Correctional Center
P.O. Box 5001
Seward, Alaska    99664

RECEIVED

JUN 0 1 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:05-cv-00237-TMB |
| MUNICIPALITY OF ANCHORAGE, Officer Andrew Cottle, Officer Gregory Witte, Officer Kenneth D. McCoy, | ) |
| Defendants. | ) |

ORDER

Based upon the <u>MOTION TO APPEAL DENIED MOTION FOR STAY PENDING RESOLUTION OF CRIMINAL PROCEEDINGS</u> filed by Plaintiff prisoner, Patrick L. Shorty, Pro Se.

IT IS HEREBY ORDERED that the motion for stay is **GRANTED** because Plaintiff's § 1983 claims would have direct bearing on integrity of **criminal** proceedings pending in state court sysytem, thus interests of comity and judicial economy strongly supported **stay**.

DATED at Anchorage, Alaska this ___ day of _____ 2007.

_____
UNITED STATES DISTRICT COURT JUDGE