# STATE OF ALASKA /

## DEPARTMENT OF CORRECTIONS

*Sarah Palin, GOVERNOR*

REPLY TO:

P.O. Box 112000
Juneau, Alaska 99811-2000
Telephone (907) 465-3478

August 13, 2007

Patrick L. Shorty
c/o Spring Creek Correctional Center
P.O. Box 2109
Seward, Alaska 99664

Dear Mr. Shorty:

### RE: Prisoner Account Statement

Issued under the authority of Alaska Statute (A.S.) 09.19.010 (b)(2), the certified copies of prisoner account statements you requested for account # **135738** the time period **February 2007** through **July 2007** are enclosed. **Please note statements for prior periods of incarceration may not be included.**

In addition, in response to A.S. 09.19.010 (d), the following is provided:

1.) The average monthly deposit for the time period indicated above was **$8.33** and 20% of this amount equals **$1.66**.

and,

2.) The average balance for the time period indicated above was **$12.09** and 20% of this amount equals **$2.41**.

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, **and you are requesting a filing fee exemption**, you should submit this memorandum and enclosure to the court.

If you indicated that you would like an additional copy of your statements or requested statements older than six months these copies are available for $0.15 each. You may request copies of these originals from your Institution through a commissary request.

If you have any questions on this information, please contact us.

Enclosures

Sincerely,

*Mary Engdahl*

Mary Engdahl, Offender Trust Manager
Division of Administrative Services/DOC

Alaska Department of Corrections
SPRING CREEK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 02/01/2007  To: 02/28/2007  Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 10.66

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 20.66 |
| 732739 | 02/01/2007 | Commissary Purchase; Invoice 353631 | 3.05 | | 17.61 |
| 737859 | 02/08/2007 | Commissary Purchase; Invoice 355144 | 6.95 | | 10.66 |
| | | Ending Balance | | | 10.66 |

Account: FORCED SAVINGS
Account Balance: 296.16

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 296.16 |
| | | Ending Balance | | | 296.16 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

_Mary Ingdahl_  8/13/07
SIGNATURE  DATE

Offender #: 135738  USP #: 135738  SHORTY, PATRICK LEO  Location: SPRING CREEK CC  Cell: K12B

Alaska Department of Corrections
SPRING CREEK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 03/01/2007    To: 03/31/2007                                         Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 31.81

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 10.66 |
| 744971 | 03/01/2007 | Commissary Purchase; Invoice 359976 | 3.85 |  | 6.81 |
| 748771 | 03/06/2007 | Cash Receipt - SHORTY, NORMA |  | 25.00 | 31.81 |
|  |  | Ending Balance |  |  | 31.81 |

Account: FORCED SAVINGS
Account Balance: 296.16

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 296.16 |
|  |  | Ending Balance |  |  | 296.16 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document

*Mary Tingdall*  8/13/07
SIGNATURE                DATE

Offender #: 135738   USP #: 135738   SHORTY, PATRICK LEO                    Location: SPRING CREEK CC   Cell: K12B

Offender #: 135738    USP #: 135738    SHORTY, PATRICK LEO    Location: SPRING CREEK CC    Cell: K12B

Alaska Department of Corrections
SPRING CREEK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 04/01/2007    To: 04/30/2007                    Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 25.46

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 31.81 |
| 759048 | 04/05/2007 | Commissary Purchase; Invoice 367959 | 6.35 |  | 25.46 |
|  |  | Ending Balance |  |  | 25.46 |

Account: FORCED SAVINGS
Account Balance: 296.16

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 296.16 |
|  |  | Ending Balance |  |  | 296.16 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

*Mary Tugdall* 8/13/07
SIGNATURE    DATE

Offender #: 135738    USP #: 135738    SHORTY, PATRICK LEO    Location: SPRING CREEK CC    Cell: K12B

Alaska Department of Corrections
SPRING CREEK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 05/01/2007  To: 05/31/2007  Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.18

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 25.46 |
| 771286 | 05/01/2007 | COPIES FOR INMATES | 2.70 | | 22.76 |
| 775707 | 05/07/2007 | MAIL LETTERS | 9.05 | | 13.71 |
| 781507 | 05/22/2007 | Commissary Purchase; Invoice 379001 | 4.10 | | 9.61 |
| 781507 | 05/22/2007 | Commissary Purchase; Invoice 379068 | 9.43 | | 0.18 |
| | | Ending Balance | | | 0.18 |

Account: FORCED SAVINGS
Account Balance: 296.16

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 296.16 |
| | | Ending Balance | | | 296.16 |

MESSAGES:
I/M REQUEST

I certify this to be a true copy of the original document

SIGNATURE  DATE  8/13/07

Offender #: 135738  USP #: 135738  SHORTY, PATRICK LEO  Location: SPRING CREEK CC  Cell: K12B

Alaska Department of Corrections
SPRING CREEK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 06/01/2007   To: 06/30/2007

Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 2.23

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.18 |
| 791426 | 06/12/2007 | Cash Receipt - SHORTY, NORMA | | 25.00 | 25.18 |
| 792778 | 06/14/2007 | 05/30/2007 INVOICE 166245 CODE 50 | 0.18 | | 25.00 |
| 793558 | 06/17/2007 | 05/30/2007 INVOICE 166245 CODE 50 | 3.82 | | 21.18 |
| 793559 | 06/17/2007 | 05/30/2007 INVOICE 166245 CODE 51 | 4.00 | | 17.18 |
| 795219 | 06/21/2007 | SCCC CO OP CREDIT 06-21-07 | 10.00 | | 7.18 |
| 797003 | 06/27/2007 | Commissary Purchase; Invoice 389103 | 4.95 | | 2.23 |
| | | Ending Balance | | | 2.23 |

Account: FORCED SAVINGS
Account Balance: 296.16

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 296.16 |
| | | Ending Balance | | | 296.16 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document
*[signature]* 8/13/07
SIGNATURE   DATE

Offender #: 135738   USP #: 135738   SHORTY, PATRICK LEO   Location: SPRING CREEK CC   Cell: K12B

Alaska Department of Corrections
SPRING CREEK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 07/01/2007  To: 07/31/2007  Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 2.23

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 2.23 |
| | | Ending Balance | | | 2.23 |

Account: FORCED SAVINGS
Account Balance: 296.16

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 296.16 |
| | | Ending Balance | | | 296.16 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

*[signature]* 8/13/07
SIGNATURE  DATE

Offender #: 135738    USP #: 135738    SHORTY, PATRICK LEO                Location: SPRING CREEK CC    Cell: K12B