IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
AUG 27 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Patrick L. Shorty )
_____ )
            Plaintiff, )
vs. )
MUNICIPALITY OF ANCHORAGE )
Officer Gregory Witte )
Officer Andrew Cottle )
Officer Kenneth D. McCoy )
            Defendants, )

Case No. 3:05-CV-237-TMB

NOTICE OF CHANGE OF ADDRESS

Please take notice that __Patrick Leo Shorty__,
                          (Name of Attorney) Pro Se

__Pro Se__, counsel for __Patrick Leo Shorty__, in the subject case, should now be served at: __Spring Creek Correctional Center__
__P.O. Box 5001__
__Seward, AK 99664__

Dated this __23__ day of __August__, 20__07__.

__Patrick L. Shorty__
(Signature)
__Patrick Leo Shorty__
(Typed Name)

Attorney for __N/A   Pro Se__

Patrick Shorty #135738
Spring Creek Correctional Center
P.O. Box 500
Seward, AK 99664

United States District Court
Clerk's Office
222 W. 7th Avenue, #4
Anchorage, AK 99513-7564