UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

07-3574

**CASE INFORMATION:**
Short Case Title: SHORTY V. MUNICIPALITY OF ANCHORAGE et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: TIMOTHY M. BURGESS - 3:05-cv-00237-TMB
Date Complaint Filed: 10/05/05
Date Appealed Order *entered*: 07/25/06
Date NOA *filed*: 06/01/07
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

RECEIVED
SEP 1 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Court Reporter(s) Name and Phone Number: __

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: See USDC Order    Date Docket Fee billed: __
Date FP granted: 08/23/07    Date FP denied: __
Is FP pending? NO    Was FP Limited/Revoked?
US Government Appeal?  _NO    Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **PATRICK L. SHORTY** | **ELIZABETH D. FRIEDMAN** |
| 135738 | Municipal Attorney's Office |
| Spring Creek Correctional Center | PO Box 196650 |
| PO Box 5001 | Anchorage, AK 99519-6650 |
| Seward, AK 99664 | FAX: 907-343-4550 |
| PRO SE | |

__retained    __CJA    __FPD    __FPD    _X_ Other    Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __    Address: __
Custody: __    Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __    9th Circuit Docket Number: __

---

Name and phone number of person completing this form:   Carla Applebee
                                                         907-677-6138