Patrick Leo Shorty, Pro Se
Spring Creek Correctional Center
P.O. Box 5001
Seward, Alaska 99664




CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE,<br>Officer Andrew Cottle,<br>Officer Gregory Witte,<br>Officer Kenneth D. McCoy,<br><br>Defendants. | Case No. 3:05-cv-00237-TMB |

I am the Plaintiff, Patrick Leo Shorty. Here I am asking the court about my MOTION TO APPEAL DENIED MOTION FOR STAY PENDING RESOLUTION OF CRIMINAL PROCEEDINGS, this motion was filed by me on the 27th day of May 2007.

The court had me file a application to waive prepayment of fees and I filed the forms and supplied the court with the complete form as requested for me to file. The court granted the application to waive prepayment of fees, DATED this 23rd day of August,2007, at Anchorage, Alaska. Signed Timothy M. Burgess/United States District Judge.

I would like to know if my MOTION TO APPEAL DENIED MOTION FOR STAY PENDING RESOLUTION OF CRIMINAL PROCEEDINGS is also been granted too.

I respectfully ask the court to notify me about my above question to the court granting the application to waive prepayment of fees.

DATED this 26 day of August 2007.

Patrick L. Shorty

Patrick Leo Shorty, Pro Se

Patrick Shorty #155 150
Spring Creek Correctional Center
P.O. Box 5001
Seward, AK 99664

SEWARD AK
US POSTAGE

United States District Court
Clerk of Court

222 W. 7th Avenue, #4

Anchorage, AK 99513-7564