**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  PATRICK L. SHORTY  </u>  v.  <u>  MUNICIPALITY OF ANCHORAGE, et al.  </u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                          CASE NO.  <u>  3:05-cv-00237-TMB  </u>

<u>  Robin Carter  </u>

<u>PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**   DATE: September 25, 2007</u>

  Patrick L. Shorty, representing himself, has filed an interlocutory appeal of this Court's denial of his motion to stay his proceedings in this case, and has been granted permission to proceed without prepayment of the appellate filing fee.[1] He has now moved to know the status of his case.[2]

  Mr. Shorty's case is before the Court of Appeals for the Ninth Circuit.[3] His appellate case number is 07-35741.[4] This Court has not received notice from the Ninth Circuit as to any decision regarding the appeal. Any questions regarding this case, while it is on appeal, should be directed to the Court of Appeals for the Ninth Circuit, which now has jurisdiction over this case.

  IT IS SO ORDERED.

---

  [1]  *See* Docket No. 60, 62, 64.

  [2]  *See* Docket No. 69.

  [3]  See Docket Nos. 65, 66.

  [4]  *See* Docket No. 68.

[shorty status.wpd]{IA.WPD*Rev.12/96}