UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 0 3 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICK L. SHORTY,<br><br>　　　　Plaintiff - Appellant,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; et al.,<br><br>　　　　Defendants - Appellees. | No. 07-35741<br><br>D.C. No. CV-05-00237-TMB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: B. FLETCHER, BERZON and IKUTA, Circuit Judges.

Appellant's motion for reconsideration of this court's October 10, 2007 order dismissing this appeal for lack of jurisdiction is denied.

No motions for reconsideration, rehearing, modification, clarification, stay of the mandate or any other submissions shall be filed or entertained in this closed docket.

S:\PROSE\panelmemos\reconmemos\2007\10-07\07-35741mf.wpd

Exhibit 1