UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICK L. SHORTY,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>MUNICIPALITY OF ANCHORAGE; et al.,<br><br>　　　　Defendants - Appellees. | No. 07-35741<br>D.C. No. CV-05-00237-TMB<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 10/10/07

*A TRUE COPY*
*CATHY A. CATTERSON*
*Clerk of Court*
*ATTEST*

**Redacted Signature**

*Received FEB 0 4 2008, Clerk, U.S. District Court, Anchorage, Alaska*