# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

    PATRICK L. SHORTY   v.   MUNICIPALITY OF ANCHORAGE

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                      CASE NO.  3;05-cv-00237-TMB

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS** DATE: February 7, 2008

     Patrick L. Shorty, representing himself, filed an interlocutory appeal which has been dismissed for lack of jurisdiction.[1]

     Before the interlocutory appeal was filed, the defendant filed a motion for summary judgment, and Mr. Shorty was given until May 24, 2007, to file his response.[2]  Mr. Shorty was told that if he failed to do so, "the summary judgment motion will be decided without a response from Mr. Shorty."[3]

     Mr. Shorty's notice of interlocutory appeal was dated May 27, 2007, after the time to respond to the motion for summary judgment had run.  Therefore, Mr. Shorty must file any response as quickly as possible, and no later than **February 29, 2008**.  The Court will make its decision without any response from Mr. Shorty, if none is filed by that time.

     IT IS SO ORDERED.

---

[1] *See* Docket Nos. 73, 74.

[2] *See* Docket Nos. 50-59.

[3] *See* Docket No. 59.