RECEIVED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATRICK L. SHORTY,
　　Plaintiff,
v.

MUNICIPALITY OF ANCHORAGE,
Officer Gregory Witte,
Officer Andrew Cottle,
Officer Kenneth D. McCoy,
　　Defendants.

Case No. 3:05-cv-237-TMB

NOTICE OF CHANGE OF ADDRESS

　　Please take notice that Patrick Leo Shorty, Pro Se, counsel for Patrick Leo Shorty, in the subject case, should now be served at: Red Rock Correctional Center
　　　1752 E Arica Road
　　　Eloy, Arizona 85231

Dated this 13 day of February, 2008.

　　　　　　　　　　　*Patrick S. Shorty*
　　　　　　　　　　　Patrick Leo Shorty



Patrick Snorty #135738
Red Rock Correctional Center
1752 E Arica Road
Eloy, AZ 85231

United States District Court
Clerk's office
222 W. 7th Avenue, #4
Anchorage, Alaska 99513-7564

LEGAL MAIL