Patrick L. Shorty, Pro Se  
Red Rock Correctional Center  
1752 E Arica Road  
Eloy, Arizona 85231

RECEIVED  
MAR 13 2008  
CLERK, U.S. DISTRICT COURT  
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Patrick L. Shorty, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00237-TMB |
| ) | |
| MUNICIPALITY OF ANCHORAGE, ) | |
| Officer Gregory Witte, ) | |
| Officer Andrew COttle, ) | |
| Officer Kenneth D. McCoy, ) | NOTICE OF CHANGE OF ADDRESS |
| ) | |
| Defendants. ) | |

Please take notice that Patrick L. Shorty, in the subject case, should now be served at: Red Rock Correctional Center
1752 E Arica Road
Eloy, Arizona 85231

Dated this 7 day of March, 2008.

*Patrick L. Shorty* (signature)
Patrick L. Shorty

CERTIFICATE OF SERVICE

The undersigned certifies that on the 7 day of March 2008, a true and correct copy of the Notice of Change of Address was U.S. Mailed delivered to the following:

Elizabeth D. Friedman

Municipal Attorney's Office P.O. Box 196650

Anchorage, Alaska 99519-6650

By: Patrick L. Shorty

Patrick L. Shorty # 135738
Red Rock Correctional Center
1752 E Arica Road
Eloy, Arizona 85231

PHOENIX AZ 850
30 MAR 2008 PM 4 L

UNITED STATES DISTRICT COURT
Clerk's Office
222 W. 7th Avenue, # 4
Anchorage, Alaska  99513-7564