IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK L. SHORTY,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>MUNICIPALITY OF ANCHORAGE, et al.,<br><br>　　　　　　Defendants. | Case No. 3:05-cv-00237-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    **DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice.

APPROVED:

 /s/ Timothy M. Burgess
　　**TIMOTHY M. BURGESS**
　　United States District Judge

　March 31, 2008　　　　　　　　　　　　　　　　IDA J. ROMACK
　　　　Date　　　　　　　　　　　　　　　　　　　　　　Clerk