IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| PATRICK L. SHORTY, | |
|---|---|
| Plaintiff, | Case No. 3:05-cv-00237-TMB |
| vs. | |
| MUNICIPALITY OF ANCHORAGE, et al., | **JUDGMENT IN A CIVIL CASE** |
| Defendants. | |

\_\_\_  **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 _X_  **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice.

APPROVED:

 /s/ Timothy M. Burgess
  **TIMOTHY M. BURGESS**
  United States District Judge

| March 31, 2008 | IDA J. ROMACK |
|---|---|
| Date | Clerk |